

Rev. 7/
CO Hab Corp
AO 241 amd.

FILED
DEC 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NAME (Under which you were convicted)

*Todd Emerson Baker*

PRISON NUMBER

DCDC  268-594    FBOP  07282-007

PLACE OF CONFINEMENT/ADDRESS

D4B/23
1901 "E" Street, S.E.
Washington, DC 20003

*Todd Emerson Baker* )
(Full Name)         Petitioner )
                              )
                              )
        v.                    )
                              )
                              )
*John Caulfield*              )
(Name of Warden, Superintendent, Jailor, or )
authorized person having custody of petitioner) )
        Respondent            )

CASE NUMBER  1:06CV02135

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 12/14/2006

## PETITION FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA

### INSTRUCTIONS - PLEASE READ CAREFULLY

1. This petition must be legibly handwritten or typed, and signed by the petitioner. <u>Any false statement of material fact may serve as the basis for prosecution and conviction for perjury.</u> All questions must be answered concisely in the proper space on the form.

3. Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

4. Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

RECEIVED
DEC 0 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

5.  If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

6.  Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

7.  When you have completed the form, send the original and one copy to:
    Clerk, United States District Court for the District of Columbia
    Room 1225
    333 Constitution Avenue, NW
    Washington, DC 20001

9.  <u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

1.  (a) Name and location of court which imposed the sentence (or detention) of conviction you are challenging:
    _Superior Court of The District of Columbia_
    _500 Indiana Ave., N.W._
    _Washington, DC 20001_

2.  (a) Date of the sentence (or detention): _May 9, 2006 - present_

3.  Length of sentence: _N/A_

4.  Nature of offense involved (all counts): _____

5.  (a) What was your plea? (Check one): _N/A_
    ☐ Not guilty
    ☐ Guilty
    ☐ Nolo Contendere (no contest)
    ☐ Insanity

Page 4

        (6)    Date of result: N/A

(c)    As to any third petition, application, or motion, give the same information: N/A
        (1)    Name of Court: N/A
        (2)    Nature of the proceedings: N/A

        (3)    Grounds raised: N/A

        (4)    Did you receive an evidentiary hearing on your petition, application or motion?
            ☐    Yes  N/A
            ☐    No
        (5)    Result: N/A
        (6)    Date of result: N/A

(d)    Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion? N/A
        (1)    First petition, etc."
            ☐    Yes
            ☐    No
        (2)    Second petition, etc.:
            ☐    Yes
            ☐    No
        (3)    Third petition, etc.:
            ☐    Yes
            ☐    No

(e)    If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: N/A

8.    State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

A.    GROUND ONE:
    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: _See Attached_

B.    GROUND TWO:
    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: _See Attached_

C.    GROUND THREE:
    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: _See Attached_

D.  GROUND FOUR:
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: *See Attached*

9.  If any of the grounds listed in 12A, B, C, or D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: *This is the first instance*

10. Do you have any petition or appeal pending in any other court, either, District of Columbia or Federal, as to the sentence (or detention) under attack?
    ☐ Yes
    ☒ No

   (a) If so, give the name and location of the court and case number, if known: *N/A*

11. Do you have any future sentence to serve after you complete the sentence (or detention) under attack?
    ☐ Yes
    ☒ No

   (a) If so, give name and location of court which imposed sentence to be served in the future: *N/A*

(b) And give date and length of sentence to be served in future: N/A

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? N/A
  ☐ Yes
  ☐ No

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

*Todd E. Baker*
Petitioner's Signature

11-30-06
Date

## GROUNDS FOR COMPLAINT

GROUND ONE :   **Petitioner was falsely incarcerated/ unlawfully over-detained**

On October 5, 2006, petitioner was court ordered released. Prior to the court ordered release, petitioner had a detainer warrant placed on him by the U.S. Parole Commission (U.S.P.C.). The U.S.P.C. fail to execute its warrant via the U.S. Marshall. Thus, by law petitioner should have been released from custody. Instead, the defendants, acting under the color of law, deliberately confined petitioner without a valid commitment order between October 5, 2006 and November 3, 2006, against petitioner's will and over his objections.

GROUND TWO :   **Petitioner's 5th and 14th Amendment Rights Under the Due Process Clause Were Violated.**

The respondents detained petitioner for thirty days beyond the court ordered release and for twenty-five days beyond the statute governing five-day holds (if in fact a five day hold ever existed). Thus, petitioner was deprived of his liberty interest without due process. The respondents had no valid commitment order to detain petitioner beyond the court ordered release and criminal docket number 05FEL004729 shows no court ordered five day holding period to enable the execution of the U.S.P.C. Therefore, respondents should have proceeded with the release order in which they would have realized that an error had occurred. In result to the above, an initially proper confinement became illegal when respondents who are responsible for the timely release of petitioner fail to ascertain whether the legal authority to detain petitioner remained viable.

GROUND THREE:   **Petitioner should receive credit for time illegally detained.**

At the time of petitioner's arrest on May 3, 2006, petitioner dealt with two arresting authorities: the Superior Court for the District of Columbia whom had ordered the actual custody of petitioner and the U.S.P.C. whom had placed a detainer on petitioner. Once petitioner was court ordered released, petitioner was no longer arrested by order of the Superior Court for the District of Columbia and the D.C. Jail had to do a warrant check prior to petitioner's release. This warrant check would have shown the U.S.P.C.'s detainer and would have alerted the D.C. Jail to contact the U.S.P.C. to find out if in fact they were going to execute the detainer warrant on petitioner. The U.S.P.C. would have had by statute (if requested by the U.S. Attorney's Office) a five-day holding period to execute its warrant. However, if the warrant fails to be executed then the D.C. Jail must release petitioner back to his parole officer, which is also a U.S.P.C. policy, until the warrant is executed. This procedure/process fail on its face and the warrant was not executed until November 3, 2006, thirty-days after petitioner was court ordered released and only because petitioner continued to alert authorities until someone finally listened.

<u>The thirty-days petitioner was illegally detained should be credited towards any sentence given to petitioner by the courts and the commission.</u>

**FILED**

**06 2135**   DEC 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*GROUND FOUR* :     **The Warrant Is Facially Invalid/Void**

      On Oct. 30, 2006, Case Manager Ms. Smith informed petitioner that the proper authorities did not sign the warrant and it had to be faxed back to the proper authorities. Not signing the warrant makes the warrant void. It only becomes an unsigned piece of paper.

      Once the five-day holding period expired and the warrant had not been executed petitioner's liberty interest are returned and petitioner is free to go back into society unhindered. The warrant must be re-issued and executed later.

      Procedure error voids the warrant from being executed and the warrant must be re-issued.

*GROUND FIVE* :     **Petitioner's 8th and 14th Amendment Rights Against Infliction Of Cruel And Unusual Punishment Were Violated**

      Petitioner was forced against his will to endure thirty-days of unlawful detention on the account of the respondents negligence in performing their duties which are constitutional in nature. Petitioner was made to live around sentenced prisoners and was treated as such when he should have been released to society with all his liberty interest intact. Petitioner was subjected to an undue and oppressive incarceration; anxiety and concern in him and his family; he was financially drained, associations curtailed, subjected to public obloquy.

*GROUND SIX* :     **Petitioner Had His Sixth Amendment Rights Violated**

      During petitioner's unlawful detention, petitioner was never afforded counsel, never informed of the nature and cause of the accusations, never given a chance to confront with the witnesses against him, nor give a compulsory process for obtaining witnesses for him.

*GROUND SEVEN* :     **Petitioner's 14th Amendment Rights Under The Equal Protection Of the Laws Were Violated**

      The respondents denied petitioner the same rights afforded to all other equally situated citizens who have been court ordered released.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRI OF COLUMBIA CIRCUIT
## (Complaint)

Todd E. Baker,
    Petitioner,

V

John Caulfield, Warden of CDF
District of Columbia,
U.S. Parole Commission, et al.,
    Respondents,

Civil Action NO.

## Petition For Writ Of Habeas Corpus Pursuant To 28 USC 2241

Comes Now petitioner, pro se, respectfully stating:

1) Petitioner is unlawfully imprisoned and restrained of liberty at the Central Detention Facility, located at 1901 "E" Street, S.E., Washington DC 20003, and in the custody of respondent John Caulfield (Warden), in violation of the Constitution and/or Treaties of the United States.

2) On May 3, 2006, the Honorable Judge Ronald A. Goodbread, in the Superior Court for the District of Columbia, ordered petitioner to be placed in the custody of the Department of Corrections (DOC) whom transferred petitioner into the custody of respondent John Caulfield until trial.

3) On October 5, 2006, petitioner was ordered release on personal recognizance in criminal case number 05FEL004729.

4) Prior to petitioners release, petitioner was placed (supposely) on a five day hold to allow the U.S. Parole Commission (Commission) to execute a parole violation warrant.

5) On October 16, 2006, petitioner informed his case manager (Mrs. Smith) that twelve days had passed in which no warrant had been executed by the Parole Commission; that he is being illegally held against his will; and that he wanted to be immediately released. Petitioner's case manager (Mrs. Smith) called the records department to inquire about the matter. Mrs. Smith informed petitioner that the records department informed her that the warrant had been executed and that the Fed's will be coming to get petitioner soon. Petitioner asked how could the warrant be executed without him being served. Mrs. Smith did not respond to the question.

6) On October 30, 2006, Mrs. Smith informed petitioner that the parole violators warrant placed on him in fact had not been signed by the proper authorities. In result, the warrant was void of ever being executed and had to be immediately faxed back to its origin.

7) Petitioner was never re-arrested pursuant to the parole violators warrant after being released from custody by order of the Superior Court because of the Parole Commission's failure to properly execute the warrant within the five day holding period. Therefore, petitioner is unlawfully imprisoned and restrained of liberty by the respondents deliberate indifference towards petitioner's due process rights. The Department of Corrections, upon the expiration of the five day hold, lawfully had to release petitioner but deliberately chose to deprive petitioner of his liberty on behalf of the Parole Commission.

8) Because petitioner has been unlawfully incarcerated by the respondents, the respondents violated petitioner's Fifth and Fourteenth Amendment rights afforded under the Due Process Clause, the Sixth Amendment and the Fourteenth Amendment rights to Equal Protection of the Laws.

9) On November 1, 2006, petitioner met with case manager (Mrs. Griffin). At that time, Mrs. Griffin called the Parole Commission inquiring about petitioner's status as a parole violator. Mrs. Griffin was informed that the U.S. Marshalls have not yet submitted to the Commission an executed warrant for petitioner as required. Then, petitioner asked Mrs. Griffin to call the D.O.C. records department to inquire as to what they know about the matter. The D.O.C. records department requested documentation from Mrs. Griffin pertaining to petitioner. Mrs. Griffin told petitioner that she would meet with her supervisor to obtain the requested documentation and fax it to D.O.C. records department.

10) On November 1, 2006, at the end of the day, Mrs. Griffin told petition that her supervisor had previously faxed the requested documentation to D.O.C. records department on October 27, 2006. Petitioner stated to Mrs. Griffin that even if her supervisor did previously fax the requested documentation the act was still way too late because petitioner was court ordered released on October 5, 2006 some twenty-two days prior.

11) The respondent's unlawful incarceration of petitioner has prejudiced petitioner in that the time during which petitioner has been illegally confined will not be credited towards any sentence because there is no arresting authority due to petitioner never being lawfully arrested; the unlawful confinement deprived petitioner his ability to live as a free citizen in society; it has caused petitioner to be subjected to an undue and oppressive incarceration, anxiety and concern in him, his family, and friends; petitioner has been drained financially, associations curtailed, subjected to public obloquy; petitioner is forced against his will to be incarcerated and treated as a sentenced prisoner because he is in fact housed amongst sentenced prisoners and subject to the same punishment as the sentenced prisoners. Petitioner was subjected to cruel and unusual punishment in violation to the Eighth and Fourteenth Amendment rights; petitioner, not being give any notification of the charges against him in violation to the Sixth Amendment was deprived the ability to defend himself, nor was petitioner provided counsel; because of the procedural defects petitioner has been denied a timely probable cause hearing within the five day window as well as a timely revocation hearing which are due process violations; because no one paid any real attention/or believed petitioner about the unlawfulness of his incarceration petitioner has become emotional stricken from duress and lack of sleep.

12) Petitioner has not applied for Writ of Habeas Corpus with this court.

Wherefore, petitioner request this court to issue a Writ of Habeas Corpus commanding Respondent to produce the body of petitioner before the court, at a time and place to be specified by this court so that this court may further inquire into the lawfulness of petitioner's custody; to declare that respondents violated petitioner's constitutional rights; to grant petitioner dismissal of charges; to credit all time unlawfully incarcerated; and such other and further relief to which petitioner may be entitled.

I, Todd E. Baker, duly swear, under the penalty for perjury, have read and subscribe to the above set forth petition, the information therein is true and correct.

Todd Baker    11/2/06

## Certificate Of Service

The above petition for Writ of Habeas Corpus has been sent by way of U.S. mail, this day of November 2nd, 2006, to the below locations.

1) John Caulfield (Warden CDF), 1901 "E" Street, S.E., Washington DC 20003
2) Barbra Hart (DOC Contract Monitor), 1901 "E" Street, S.E., Washington DC 20003
3) District of Columbia Corporate Council, 441 4th Street, N.W., Washington DC 20001
4) U.S. Parole Commission, 5550 Friendship Blvd., Chevy Chase, MD 20815
5) U.S. Attorney's Office, 555 4th Street, N.W., Washington DC 20001
6) Superior Court District of Columbia, 500 Indiana Ave., N.W., Washington DC 20001

Todd Baker   11/2/06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: Todd E. Baker v. John Caulfield, et al.

## Memorandum In Support Of Writ Of Habeas Corpus

1) 28 CFR 2.44(c) states "... A summons or warrant shall be considered issued when signed." According to prison officials, the alleged warrant was never signed. Thus, an unsigned warrant is an unissued warrant and an unissued warrant can never reach any level of execution.

2) 28 CFR 212(b) mandates that the parole violator be present to be arrested, to have the warrant executed, and to be served a copy of the warrant application.

3) 28 CFR 212(c) states "If execution is delayed... for some other reason, the Releasee is to be continued under supervision... until execution of warrant." Because there existed dereliction in executing the warrant, a delay was created. In result, petitioner should have been released under supervision until the warrant was executed. Despite the fact, Respondents chose to be deliberate indifferent towards petitioners liberty interest by purposely keeping petitioner illegally confined. Respondents willfully and intentionally denied petitioner his freedom preferring to punish petitioner which was not in the interest of justice or society.

4) At no time was petitioner taken into the custody of the U.S. Marshalls then taken to the District Court to be served the warrant, NOR has any official from the District of Columbia Department of Corrections served petitioner the warrant. At all times, petitioner remained confined at the Central Detention Facility where warrants are not served.

5) 28 CFR 2.212-02(b) states "When a warrant has been executed contrary to the Commission's instructions, the arrestee is to be released from custody of the violator warrant..." Petitioner should be released even more so because he was never even re-arrested.

6) 28 CFR 2.98-02; 2.99; 2.211; 2.47; 2.46, 2.30-32 All pertain to this matter at hand.

7) D.C. Code 23-1322(d) clearly states "The judicial officer shall... for a period of not more than 5 days..." Thus after the 5 day hold if the Commission has fail to execute the warrant the court ordered release of petitioner must stand. However, the Department of Corrections fail to honor the court order.

Todd E. Baker        10/31/06

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

06-2135
CKK

## I (a) PLAINTIFFS

Todd Emerson Baker

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 07282-007

## DEFENDANTS

John Caulfield, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

CASE NUMBER 1:06CV02135
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 12/14/2006

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP FOR PLAINTIFF AND

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☒ G. *Habeas Corpus/ 2255*<br><br>☒ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding     ☐ 2 Removed from State Court     ☐ 3 Remanded from Appellate Court     ☐ 4 Reinstated or Reopened     ☐ 5 Transferred from another district (specify)     ☐ Multi district Litigation     ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 2241

**VII. REQUESTED IN COMPLAINT**     CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐      **DEMAND $** 0      Check YES only if demanded in complaint  JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**     (See instruction)     ☐ YES  ☒ NO     If yes, please complete related case form.

DATE 12.14.06     SIGNATURE OF ATTORNEY OF RECORD    NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.


N:\forms\js-44.wpd