**FILED**

# UNITED STATES DISTRICT COURT

DEC 1 4 2006

District of    COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Todd Emerson Baker

Plaintiff

V.

John Caulfield, Warden CCA/CTF

Defendant

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER:    **06 2135**

I, _Todd Emerson Baker_ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant/respondent    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _CCA/CTF 1901 "E" street, S.E., Washington DC 20003_

   Are you employed at the institution? _yes_    Do you receive any payment from the institution? _$20/mth_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☑ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.) _$20/mth_
   _CCA/CTF 1901 "E" street, S.E., Washington DC 20003_

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _N/A_

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. | Gifts or inheritances | ☐ Yes | ☑ No |
   | f. | Any other sources | ☑ Yes | ☐ No |

**RECEIVED**

If the answer to any of the above is "Yes" describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

DEC 0 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

AO 240 Reverse (Rev. 10/03)

A $50 money order I recieved from the last bit of money I had left home.

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☑ No

If "Yes," state the total amount. _____N/A_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No

If "Yes," describe the property and state its value. N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

None

I declare under penalty of perjury that the above information is true and correct.

_11-30-06_
Date

_Todd E. Baker_
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| | _Gladys Kessler_    _12/13/06_ |
| United States Judge    Date | United States Judge    Date |

```
RUN DATE 09/09/06          CCA CORRECTIONAL TREATMENT FACILITY
RUN TIME 14:42:52                  INMATE TRANSACTIONS

                    Bookin 268594
                    Name BAKER,TODD
                    Race B  Sex M    DOB  06/23/62
                 Remarks REBOOK
                   Status RB Freeze N  Date 05/23/06   Time 12:51:15
              Current Balance        29.55  Location D49

Date      Time      Emp  - Type                Debit    Credit Inmate BAL Receip
------------------------------------------------------------------------------
05/23/06 12:51:45 9744    ReBook                                    0.00 9612048
Rebook                               268594   BAKER,TODD

05/23/06 13:06:43 9744    Deposit                       16.87      16.87 9612048
MONEY ORDERS #00958608233/44/55/66/77  DC DOC

05/24/06 13:12:12 9744    Deposit                       50.00      66.87 9612048
0094897556?         :               MONEY ORDER

05/31/06 16:00:29 4193    Comm Sal            8.83                  58.04 N/A
47   0 05/31/2006 16:00           BAKER,TODD

06/14/06 15:23:46 9744    Deposit                        0.63      58.67 9612073
COMMISSARY REFUNDS 05/31/06         COMMISSARY REFUNDS 05/31/06

06/14/06 16:44:56 4193    Comm Sal            5.68                  52.99 N/A
47   0 06/14/2006 16:44           BAKER,TODD

06/28/06 10:37:53 9744    Wages                         15.00      57.99 9612057
                                    JUNE WAGES

07/12/06 15:41:24 1091    Comm Sal           20.28                  36.71 N/A
47   0 07/12/2006 15:41           BAKER,TODD

07/26/06 17:24:15 9744    Wages                         21.00      58.71 9612125
                                    JULY WAGES

07/27/06 15:53:00 4193    Comm Sal           14.89                  43.82 N/A
47   0 07/27/2006 15:53           BAKER,TODD
```

06 2135

FILED

DEC 1 4 2006

```
08/09/06 10:08:54 9744    Deposit                                    2.25      48.07 G612137
                                       COMMISSARY REFUND 7/27/06

08/24/06 11:49:31 4193    Comm Sal           31.15                             16.92 N/A
47   0 08/24/06 11:49                BAKER,TODD

08/26/06 10:38:17 9744    Wages                                    21.00      37.92 G612163
                                       AUGUST WAGES

05/07/06 10:03:14 9744    Deposit                                  3.90-----41.02-G612171
                                       COMMISSARY REFUND 8/24/06

09/20/06 15:55:45 4193    Comm Sal           16.51                             25.31 N/A
47   0 09/20/06 15:55                BAKER,TODD

09/27/06 14:10:41 9744    Wages                                    21.00      46.31 G612198
                                       SEPTEMBER WAGES


                                                      :


RUN DATE 09/29/06          CCA CORRECTIONAL TREATMENT FACILITY
RUN TIME 14:42:53                    INMATE TRANSACTIONS

              Bookin 268594
                Name BAKER,TODD
                Race B  Sex M      DOB  06/23/62
             Remarks REBOOK
              Status RB Freeze N  Date 05/23/06   Time 12:51:15
          Current Balance       29.55  Location D4E
09/27/06 16:46:34 1091   Comm Sal           16.76                             29.55 N/A
47   0 09/27/2006 16:46              BAKER,TODD


            Inmate Signature  _____
```

United States of America

Cal. # _____

Case No. 2005 FEL 4729

TODD BAKER
**Defendant's name**

Defendant's address

Defendant's phone no.

**YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:**
THESE CONDITIONS WILL BE IN EFFECT UNTIL YOUR CASE IS DISPOSED OF OR UNTIL
THEY ARE CHANGED OR AMENDED BY A JUDGE

| | | |
|---|---|---|
| ☑ **PERSONAL PROMISE** | **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings as required by the Court. | |
| ☐ $ | **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court. | |
| ☐ **SUPERVISORY CUSTODY** | You hereby agree to be placed in the custody of who agrees (a) to supervise you in accordance with the conditions below, (b) to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c) to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone - 585-7077 <br><br> ► <br> SIGNATURE OF CUSTODIAN | Custodian's name <br><br> Custodian's address <br><br> Custodian's phone no. |
| ☐ **YOU ARE TO STAY** | ☐ away from the complaining witness. _____ name | ☐ within the D.C. area. |
| ☐ **YOU ARE TO LIVE** | ☐ at _____ address <br> ☐ You are to verify your address with D.C. Pretrial Services in Room C-301 within 24 hours. <br> ☐ Curfew is imposed at above address from _____ P.M. to _____ A.M. | phone no |
| ☑ **DRUGS** | Report to D.C. Pretrial Services Agency, Room C-220, for: <br> ☐ Evaluation and if positive ☐ Program placement by PSA <br> ☐ Placement in court ordered surveillance _____ <br> ☐ Enroll in ☐ Maintain participation at ☐ PSA ☐ ADASA ☐ Other <br> Refrain from illegal drug use. | |
| ☑ **YOU ARE TO REPORT TO** | ☑ D.C. Pretrial Services Agency ☑ Weekly ☐ Other _____ ☐ By Phone ☑ In Person <br> ☐ Probation Officer ☐ Weekly ☐ Other _____ ☐ By Phone ☐ In Person <br> ☐ Parole Officer ☐ Weekly ☐ Other _____ ☐ By Phone ☐ In Person | |
| ☑ **REVIEW** | You are to report to the D.C. Pretrial Services Agency at room C-301 immediately upon release for a review of conditions | |
| ☑ **YOU ARE TO** | Refrain from committing any criminal offense, the penalties for which are explained on the reverse side of this order. | |
| ☐ **OTHER** | | |
| **MONEY BOND OF** <br> $ _____ | ☐ **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit *to be returned* when the Court determines you have performed the conditions of your release. You will deposit the in registry of the Court _____ %. <br> ☐ **SURETY BOND.** Upon execution of appearance bond with approved surety. | |

| **NEXT DUE BACK** | on _____ in Courtroom _____ at _____ A.M./P.M. <br> If you have any questions about the date, time, or location CALL THE D.C. PRETRIAL SERVICES AGENCY AT 585-7077 | **YOUR ATTORNEY** _____ <br> address        phone no. |
|---|---|---|

**DEFENDANT'S SIGNATURE** ► *Todd E. Baker*

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required.

**WITNESSED BY** _____ (title or agency) _____

| **IMPORTANT:** | YOU ARE TO NOTIFY **IMMEDIATELY** THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., ROOM C-301 TELEPHONE NUMBER 585-7077, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS |
|---|---|

Date 10-5-06

**SO ORDERED**

► _____ Signature of Judge WINGO

WHITE - COURT JACKET    GREEN - D.C. PRETRIAL SERVICES AGENCY    BLUE - DEFENDANT    YELLOW - ATTORNEY    PINK - U.S. ATTORNEY

FORM CD-1293/REV. MAY06