UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TODD EMERSON BAKER,            )
                               )
         Petitioner,           )
                               )
v.                             )    Civil Action No.   06 2135
                               )
JOHN CAULFIELD, et al.,        )
                               )
         Respondents.          )

## ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

It is hereby

ORDERED that the Respondents, by counsel, shall within __60__ days of service of a copy of this Order and the Petition herein file with the Court and serve on Petitioner a statement showing why the Writ of Habeas Corpus should not be granted. It is

FURTHER ORDERED that the Clerk of Court shall furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service on Respondents, and is directed to send a copy of the Petition to the United States Attorney for the District of Columbia.

SO ORDERED.

_____
United States District Judge

Date: 12/22/06