UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JAN 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Todd Baker, petitioner,
v
John Caulfield, et al.,
Respondent,

Case No: 1:06-cv-2135 CKK

## Motion Requesting To Amend Complaint

Comes now petitioner, Todd Baker, pro se litigate, to this Honorable Court, pursuant to the Fed. Rules of Civ. Proc., Requesting that the Court Grant petitioner's Motion Requesting To Amend Complaint for the below Reasons:

1) According to the Fed. Rules of Civ. Proc., petitioner is allowed to amend the complaint once prior to Respondent's answering.

2) Petitioner has obtained more information that is relevant to the case that was not known to petitioner at the time.

3) In the interest of justice and society, petitioner should be allow to amend his complaint.

I, Todd E. Baker, duly swear, under the penalty for perjury, that the above statements are true to the best of my knowledge.

Todd E. Baker    12/31/06