IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Todd E. Baker, petitioner,

Vs

John Caulfield, et al., respondents,

Case No. 1:06-cv-2135CKK

## Motion for Appointment of Counsel

    Comes now, movant, pro se litigate, to this Honorable Court, pursuant to the Fed. Rules of Criv. Proc., requesting that (in the interest of justice) the Honorable Court Grant movant's Motion for Appointment of Counsel for the below reasons:

A) Movant lacks education and cannot pursue this matter alone.
B) Movant has no knowledge in law or the legal process.
C) Movant has less than an hour per week access in the prison Library.
D) Movant without the help of others would not have been able to pursue this matter thus far.
E) Movant, being indigent, cannot afford to hire counsel on his own.

I declare that under the penalty for perjury that the foregoing is true and correct.

_Todd E. Baker_
Name

12/31/06
Date