UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TODD EMERSON BAKER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-2135 (CKK) |
| | ) | |
| JOHN CAULFIELD, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

This matter is before the Court on petitioner's motions to appoint counsel and to amend his petition. Both motions will be denied without prejudice.

I.

A *pro se* litigant in a civil case generally does not have a constitutional or statutory right to counsel. *See Ray v. Robinson*, 640 F.2d 474, 477 (3d Cir. 1981). When leave has been granted pursuant to 28 U.S.C. § 1915 for a *pro se* party to proceed *in forma pauperis*, the judge presiding over the case may appoint an attorney from the Civil Pro Bono Panel to represent him. LCvR 83.11(b)(3). The appointment should be made taking into account the nature and complexity of the action, the potential merit of the *pro se* party's claims, the demonstrated inability of the *pro se* party to retain counsel by other means, and the degree to which the interests of justice will be served by appointment of counsel. *Id*. Upon consideration of petitioner's motion for appointment counsel, and in light of the considerations prescribed by the Local Civil Rules, the Court will deny the motion without prejudice.

II.

Petitioner states that he "has obtained more information that is relevant to the case that was not known to petitioner" when he filed this civil action. Motion Requesting to Amend Complaint, ¶ 2. Evidently intending to present this additional information, petitioner moves to amend his petition. The Court will deny the motion without prejudice for petitioner's failure to comply with Local Civil Rule 15.1, which requires that the motion "be accompanied by an original of the proposed pleading as amended." LCvR 15.1.

Accordingly, it is hereby

ORDERED that plaintiff's motion for appointment of counsel [Dkt. #5] is DENIED WITHOUT PREJUDICE. It is

FURTHER ORDERED that plaintiff's motion to amend [Dkt. #4] is DENIED WITHOUT PREJUDICE. It is

FURTHER ORDERED that a hard copy of this Order shall be mailed to petitioner at his address of record.

SO ORDERED.

/s/
COLLEEN KOLLAR KOTELLY
United States District Judge

Date: January 17, 2007