UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Todd Baker, petitioner,
v.
John Caulfield, et al.,
    Respondent,

Case No. 06-2135 (CKK)

RECEIVED
FEB 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Notification Of Petitioner Transferring To New Location

Comes now Todd Baker, the above petitioner, notifying this honorable court that petitioner has been transferred to a new confinement location and is at this time in route to that location. Petitioner is now in a holding facility waiting his final destination. Petitioner request that the court holds all proceedings, mailings, and anything else that may move within the court dealing with this case until petitioner arrives at his new location and is able to notify the court of his new address change and his ability to continue with the proceedings.

In addition, petitioner is unable to notify the Respondents of this move because the FBOP is minimizing his outside contact at this time. Thus, petitioner prays that this court notify all respondents. Furthermore, petitioner request that this court again address the issue of appointing counsel to represent petitioner.

I, Todd Baker, duly sworn, under penalty for perjury, that the above is true.

Todd E. Baker  2/24/07