UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Todd E. Baker,** | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-2135 (CKK) |
| | ) | |
| **John Caufield, Warden of CDF,** | ) | |
| **District of Columbia,** | ) | |
| **U.S. Parole Commission, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**RESPONSE TO ORDER DIRECTING RESPONDENTS TO SHOW CAUSE**

Respondents, Warden Caufield and the District of Columbia (hereinafter "District respondents"), by and through undersigned counsel and pursuant to D.C. Code § 16-1901 *et seq.*, hereby files this response to the Court's December 22, 2006 Order Directing Respondents to Show Cause.

*BACKGROUND*

Mr. Baker filed his Petition for Writ of Habeas Corpus on approximately December 14, 2006. According to the Petition, on May 3, 2006, the Honorable Ronald A. Goodbread ordered Mr. Baker to be placed in the custody of the D.C. Department of Corrections in case number 05FEL004729. (Petition at 1.) On October 5, 2006, Mr. Baker was released on his personal recognizance. (*Id.*) However, prior to Mr. Baker's release, Mr. Baker was placed "on a five day hold to allow the U.S. Parole Commission … to execute a parole violation warrant." (*Id.*) However, at the time he filed the Petition, Mr. Baker was still incarcerated and he claimed he was being "unlawfully imprisoned."

(Petition at 1.)

### *ARGUMENT*

**I.     NEITHER OF THE DISTRICT RESPONDENTS WAS PROPERLY SERVED WITH THE ORDER TO SHOW CAUSE.**

The U.S. Marshal's Process Receipt and Return form indicates that "Don Paul," identified as "Internal Affairs Officer," was served with Respondent Caufield's copy of the Order Directing Respondents to Show Cause on February 8, 2007. However, there is no indication that Mr. Paul was authorized to accept service on behalf on Warden Caufield. Moreover, there is no document purporting to show service of the Court's Order on the District. Accordingly, as neither the District nor Warden Caufield have been properly served, neither party should be required to respond to the Court's Order.

**II.    THE COURT DOES NOT HAVE JURISDICTION TO HEAR THE WRIT BECAUSE MR. BAKER IS NO LONGER INCARCERATED IN A DISTRICT INSTITUTION.**

D.C. Code § 16-1901(a) states that: "A person committed, detained, confined, or restrained from his lawful liberty within the District, under any color or pretense whatever, or a person in his behalf, may apply by petition to the appropriate court, or a judge thereof, for a writ of habeas corpus, to the end that the cause of the commitment, detainer, confinement, or restraint may be inquired into."

Most recently, in *Knight v. United States*, 892 A.2d 1096 (D.C. 2006), the District of Columbia Court of Appeals reaffirmed the principle that "because 'the only proper respondent in a habeas corpus action is 'the officer or other person in whose custody or keeping' the petitioner is detained,' … the Superior Court 'may not grant [habeas corpus] relief unless it has personal jurisdiction

over the custodian of the prisoner.'" *Id.* at 1098 (internal citations omitted). The same analysis applies in federal court.

In this case, Mr. Baker is not entitled to relief because he is not "committed, detained, confined or restrained … within the District …" On February 28, 2007, Mr. Baker filed a document, entitled "Notification of Petitioner Transferring to a New Location." In it, he explained that he was being transferred to a "new confinement location" though he did not identify that location.

According to the Bureau of Prisons webpage, attached hereto as Exhibit A, Mr. Baker was transferred to Lewisburg USP, which is located in Pennsylvania. Accordingly, because Mr. Baker is no longer incarcerated in the District, as a matter of law, this Court necessarily does not have jurisdiction to hear the writ. Therefore, the petition for writ of habeas corpus should be dismissed.

### III.    MR. BAKER ESSENTIALLY CONCEDES THAT THE DISTRICT IS NOT RESPONSIBLE FOR THE ISSUANCE OF THE DETAINER.

Even if the Court finds that it has jurisdiction to hear the petition for writ of habeas corpus, the District submits that the Order should not be issued against the District and/or Respondent Caufield because, upon information and belief, the District and/or the Office of the Attorney General did not issue the detainer described in the petition. Rather, as Mr. Baker appears to concede, the reason for his being held was so that the U.S. Parole Commission could execute a parole violation warrant. (Petition at 1.) Therefore, as the District respondents are not responsible for the actions of the U.S. Parole Commission, they should not be required to submit any further response to the petition for writ of habeas corpus.

WHEREFORE, for the reasons set forth herein, the District respondents hereby request that the Petition for Writ of Habeas Corpus be dismissed.

                                  Respectfully submitted,

                                  LINDA SINGER
                                Acting Attorney General for the District of Columbia

                                GEORGE C. VALENTINE
                                Deputy Attorney General
                                Civil Litigation Division

                                _____/s/_____
                                PHILLIP A. LATTIMORE, III [422968]
                                Section Chief
                                General Litigation Section III

                                _____/s/_____
                                DANA K. DELORENZO
                                Assistant Attorney General
                                Bar Number 468306
                                Sixth Floor South
                                441 4th Street, N.W.
                                Washington, D.C. 20001
                                (202) 724-6515
                                (202) 727-3625 (fax)
                                E-Mail: dana.delorenzo@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 6<u>th</u> <u>day of March, 2007</u>, that a copy of the foregoing Response to Order Directing Respondents to Show Cause was mailed postage prepaid to:

Todd Emerson Baker, *pro se*
FBOP 07282-007, DCDC 268594
USP Lewisburg
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA  17837

Todd Emerson Baker, *pro se*
DCDC 268-594
D4B/23
1901 E Street S.E.
Washington, DC 20003

                                                /s/
                                        Dana K. DeLorenzo
                                        Assistant Attorney General

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Todd E. Baker,** | ) |
| | ) |
| | ) |
| v. | )   Civil Action No. 06-2135 (CKK) |
| | ) |
| **John Caufield, Warden of CDF,** | ) |
| **District of Columbia,** | ) |
| **U.S. Parole Commission, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| _____) | |

**ORDER**

Upon consideration of the Petition for Writ of Habeas Corpus, the response thereto and the record herein, it is by the Court this _____ day of _____, 2007,

ORDERED: That the Petition for Writ of Habeas Corpus shall be and the same is hereby denied; and it is,

FURTHER ORDERED: That the Court's Order Directing Respondents to Show Cause shall be and the same is dismissed.

_____
The Honorable Colleen Kollar-Kotelly
United States District Court Judge

# EXHIBIT A



- Inmate Locator
- Visiting - General Info
  - Visiting Hours
  - Who Can Visit?
  - Background Checks
  - Business Visits
  - Special Circumstances
  - Visiting Room Procedures
  - Conjugal Visits
- Locate Inmates Released Before 1982
- Who is a "Federal" Inmate?

Printer Friendly Version

**Related Documents**

- Admission & Orientation Program
- Inmate Legal Activities Policy
- Release of Information Policy
- Telephone Regulations
- Victim & Witness Notification Program
- Visiting Regulations
- Visitor Information Form

**Inmate Locator**

Locate a Federal Inmate (includes all inmates from 1982 to present)

| Name | Register Number | Age | Race | Sex | Release Date Actual / Projected | Location |
|---|---|---|---|---|---|---|
| 1. TODD BAKER | 07282-007 | 44 | Black | M | 11-02-2007 | LEWISBURG USP |

ID Search Criteria:  DCDC Number 268594

New Search    FAQs    Privacy                                Results 1 - 1 of 1

Home  |  About  |  Inmate Locator  |  Prison Facilities  |  Careers
Inmate Matters  |  Policy / Forms  |  Doing Business  |  News / Information

Accessibility  |  Browser Requirements  |  Disclaimer  |  Privacy Policy  |  Search  |  Site Map