UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. | 06-2135 (CKK) |
| | : | | |
| v. | : | | |
| | : | | |
| **TODD BAKER** | : | | |
| _____ | : | | |

NOTICE OF APPEARANCE

    The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, TRICIA D. FRANCIS. This is notice of her appearance in this matter on behalf of the United States. Please send all notices and inquiries to this attorney at the address that is listed in this notice.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    UNITED STATES ATTORNEY


    _____/s/_____
    Tricia D. Francis
    Assistant United States Attorney
    Special Proceedings Division
    D.C. Bar Number 457800
    555 Fourth Street, N.W.
    Room 10-447
    Washington, D.C. 20530
    (202) 353-9870

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing notice was mailed to defendant, Todd Baker, Registration No. 07282-007, FCI Cumberland, P.O. Box 1000, Cumberland, MD 21503, on this 14th day of March, 2007.

                                                      _____/s/_____
                                               TRICIA D. FRANCIS
                                             ASSISTANT UNITED STATES ATTORNEY