UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TODD BAKER** | : | Civil No. 06-2135 (CKK) |
| | : | |
| v. | : | |
| | : | |
| **U.S. PAROLE COMMISSION** | : | |
| | : | |

**GOVERNMENT'S MOTION FOR LEAVE TO
LATE-FILE ITS OPPOSITION TO DEFENDANT'S
PRO SE PETITION FOR A WRIT OF HABEAS CORPUS**

The United States, through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court for permission to late-file its opposition to defendant's pro se Petition for a Writ of Habeas Corpus. As grounds for this request, the United States submits:

1. The government's opposition was due by Monday, March 12, 2007.

2. In order for the government to file its opposition, the government needed to obtain documents and a statement from the U.S. Parole Commission's Office of General Counsel regarding their position on this case. Although the staff of the Parole Commission was aware of the pending due date in this case, they were unable to provide the government with this essential information until Tuesday, March 13, 2007. Consequently, the government needed two additional days to prepare its opposition to Petitioner's habeas petition.

3. Based on all of the above, the government would therefore respectfully move this Court for permission to late-file its opposition to Petitioner's habeas petition.

WHEREFORE the United States respectfully requests permission to late-file its Opposition to Petitioner's pro se Petition for a Writ of Habeas Corpus.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

ROBERT D. OKUN
Chief, Special Proceedings Division

_____/s/_____
TRICIA D. FRANCIS
Assistant U.S. Attorney
D.C. Bar No. 457800
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-9870

CERTIFICATE OF SERVICE

I hereby certify that the foregoing notice was mailed to defendant, Todd Baker, Registration No. 07282-007, FCI Cumberland, P.O. Box 1000, Cumberland, MD 21501, on this 15th day of March, 2007.

_____/s/_____
TRICIA D. FRANCIS
ASSISTANT UNITED STATES ATTORNEY