# ATTACHMENT A

H     PAR8H  540*23 *          SENTENCE MONITORING        *   12-28-2005
PAGE 001          *           COMPUTATION DATA        *     17:36:01
                              AS OF 05-06-2005

REGNO..: 07282-007 NAME: BAKER, TODD


FBI NO..........: 645178VA6          DATE OF BIRTH:      -- ----
ARS1............: CUM/PAROLE
UNIT............:                     QUARTERS.....:
DETAINERS.......: YES                NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 04-13-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 05-06-2005 VIA PAROLE

---------------------PRIOR JUDGMENT/WARRANT NO: 040 ---------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F2866-96,F10795-95
JUDGE..........................: DIAZ
DATE SENTENCED/PROBATION IMPOSED: 06-30-1997
DATE WARRANT ISSUED............: 08-18-2004
DATE WARRANT EXECUTED..........: 09-07-2004
DATE COMMITTED.................: 02-15-2005
HOW COMMITTED..................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED..............: NO
SPECIAL PAROLE TERM............:


RESTITUTION...: PROPERTY: NO  SERVICES: NO      AMOUNT: $00.00

---------------------PRIOR OBLIGATION NO: 010 ---------------------
OFFENSE CODE....: 603
OFF/CHG: 22-403, DESTRUCTION OF PROPERTY,22-3815;UUV

SENTENCE PROCEDURE.............: DC OMNIBUS ADULT SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:   9 YEARS     60 MONTHS      90 DAYS
NEW SENTENCE IMPOSED...........: 3111 DAYS
BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
DATE OF OFFENSE................: 12-26-1995


G0002      MORE PAGES TO FOLLOW . . .



```
H     PAR8H  540*23 *            SENTENCE MONITORING         *    12-28-2005
AGE 002           *             COMPUTATION DATA        *   17:36:01
                                 AS OF 05-06-2005


EGNO..: 07282-007 NAME: BAKER, TODD

 - - - - - - - - - - - - - - - - - - -PRIOR COMPUTATION NO: 030 - - - - - - - - - - - - - - - - - - - - - - - - -

OMPUTATION 030 WAS LAST UPDATED ON 02-15-2005 AT CRO AUTOMATICALLY

HE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 030:   040 010

DATE COMPUTATION BEGAN..........: 09-07-2004
TOTAL TERM IN EFFECT............: 3111 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    8 YEARS      6 MONTHS      8 DAYS
EARLIEST DATE OF OFFENSE........: 12-26-1995

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 0
TOTAL SGT POSSIBLE..............: 0
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 03-14-2013
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 03-14-2013

PAROLE EFFECTIVE................: 05-06-2005
PAROLE EFF VERIFICATION DATE....: 01-28-2005
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE........: 05-06-2005
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: CUM
ACTUAL SATISFACTION KEYED BY....: DAB

DAYS REMAINING..................: 2869
FINAL PUBLIC LAW DAYS...........: 0

REMARKS.......: COMPUTATION CERTIFIED BY DCRC ON 02-16-05




G0002      MORE PAGES TO FOLLOW . . .
```

```
5H      PAR8H   540*23 *              SENTENCE MONITORING           *      12-28-2005
PAGE 003             *               COMPUTATION DATA               *    17:36:01
                                     AS OF 05-06-2005
```

REGNO..: 07282-007 NAME: BAKER, TODD

------------------------------- PRIOR DETAINERS: ------------------------------

DETAINER NO..: 001
DATE LODGED..: 05-03-2005
JURISDICTION.: STATE OF MARYLAND
AUTHORITY....: MONTGOMERY COUNTY POLICE DEPARTMENT
CHARGES......: AUTO THEFT, FELONY THEFT, UUV
               4D00120278
DATE RELEASED: 05-06-2005

G0002        MORE PAGES TO FOLLOW · · ·

```
5H      PAR8H   540*23  *          SENTENCE MONITORING        *   12-28-2005
PAGE 004            *              COMPUTATION DATA        *   17:36:01
                                   AS OF 04-02-2004
```

REGNO..: 07282-007 NAME: BAKER, TODD

```
                                        DATE OF BIRTH:
FBI NO...........:
ARS1.............: CUM/PAROLE            QUARTERS.....:
UNIT.............:                       NOTIFICATIONS: NO
DETAINERS........: NO
```

PRE-RELEASE PREPARATION DATE: 03-06-2004

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 04-02-2004 VIA PAROLE

---------------------------PRIOR JUDGMENT/WARRANT NO: 030 -----------------------

```
COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F2866-96,F10795-95
JUDGE...........................: DIAZ
DATE SENTENCED/PROBATION IMPOSED: 06-30-1997
DATE WARRANT ISSUED.............: 05-14-2003
DATE WARRANT EXECUTED...........: 06-20-2003
DATE COMMITTED..................: 10-06-2003
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:
```

                                             AMOUNT: $00.00
RESTITUTION...: PROPERTY: NO SERVICES: NO

---------------------PRIOR OBLIGATION NO: 010 --------------------------

```
OFFENSE CODE....: 603
OFF/CHG: 22-403, DESTRUCTION OF PROPERTY,22-3815;UUV
```

```
SENTENCE PROCEDURE..............: DC OMNIBUS ADULT SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:    9 YEARS      60 MONTHS       90 DAYS
NEW SENTENCE IMPOSED............: 3399 DAYS
BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
DATE OF OFFENSE.................: 12-26-1995
```

G0002      MORE PAGES TO FOLLOW . . .

```
5H     PAR8H  540*23 *              SENTENCE MONITORING        *    12-28-2005
PAGE 005         *                  COMPUTATION DATA                17:36:01
                                    AS OF 04-02-2004
```

REGNO..: 07282-007 NAME: BAKER, TODD

------------------------PRIOR COMPUTATION NO: 020 ------------------------

COMPUTATION 020 WAS LAST UPDATED ON 10-17-2003 AT CRO AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   030 010

```
DATE COMPUTATION BEGAN..........: 06-20-2003
TOTAL TERM IN EFFECT............: 3399 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    9 YEARS      3 MONTHS     19 DAYS
EARLIEST DATE OF OFFENSE........: 12-26-1995

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 0
TOTAL SGT POSSIBLE..............: 0
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 10-08-2012
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 10-08-2012

PAROLE EFFECTIVE................: 04-02-2004
PAROLE EFF VERIFICATION DATE....: 09-03-2003
NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN

ACTUAL SATISFACTION DATE........: 04-02-2004
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: FTD
ACTUAL SATISFACTION KEYED BY....: SLW

DAYS REMAINING..................: 3111
FINAL PUBLIC LAW DAYS...........: 0
```

                10% DATE 03-06-2004
                COMP CERTIFIED BY DC RECORDS CENTER ON 12/18/2003.

  G0002       MORE PAGES TO FOLLOW . . .

```
5H      PAR8H   540*23 *              SENTENCE MONITORING           *    12-28-2005
PAGE 006                *           COMPUTATION DATA           *     17:36:01
                                     AS OF 05-15-2002
```

REGNO..: 07282-007 NAME: BAKER, TODD


```
                                           DATE OF BIRTH: 06-23-1962
FBI NO...........: 645178VA6
ARS1.............: CUM/PAROLE               QUARTERS....:
UNIT.............:                          NOTIFICATIONS: NO
DETAINERS........: NO
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  05-15-2002 VIA PAROLE

---------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

```
COURT OF JURISDICTION..........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER..................: F2866-96,E,I.
JUDGE..........................: DIAZ
DATE SENTENCED/PROBATION IMPOSED: 06-30-1997
DATE WARRANT ISSUED............: N/A
DATE WARRANT EXECUTED..........: N/A
DATE COMMITTED.................: 10-07-1999
HOW COMMITTED..................: DC SUPERIOR COURT COMT
PROBATION IMPOSED..............: NO
SPECIAL PAROLE TERM............:
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

---------------------PRIOR OBLIGATION NO: 010 ------------------------
```
OFFENSE CODE....:  695
OFF/CHG: DC CODE;22-403, DESTRUCTION OF PROPERTY.
```

```
SENTENCE PROCEDURE............: DC OMNIBUS ADULT SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:    9 YEARS
MINIMUM TERM...................:    3 YEARS
DATE OF OFFENSE................: 04-03-1996
```


G0002       MORE PAGES TO FOLLOW . . .

# ATTACHMENT B

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

Case No. _____ *FJ 10791·85*
PDID No. _____ *482·843*

_Idel Oaken_          _Probation Revoked_

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of
_Unauthorized use of a Vehicle_

and having been found guilty by ☐ Jury ☒ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to _Twenty (20)_
_to Sixty (60) months_

_Sentence to run consecutive to any other sentence_

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed.

☒ MANDATORY MINIMUM term does not apply.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code [Youth Rehabilitation Act 1985].

☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

   ☐ Observe the general conditions of probation listed on the back of this order.

   ☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.

   ☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:

   _____

   ☐ Restitution of $_____ in monthly installments of $_____ beginning
   _____ (see reverse side for payment instructions). The Court

   will distribute monies to _____

   ☐ _____

Costs in the aggregate amount of $ _WAIVED_ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☐ have not been paid.

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized officials and that the copy shall serve as the commitment/order for the defendant.

_6/30/97_
Date

_____ Judge

Certification by Clerk pursuant to Criminal Rule 32(d).

_6/30/97_
Date

_____ Deputy Clerk

SB-4.

268594

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

Case No. _F 2866-96_
PDID No. _482-843_

vs.

_Todd Baker_

_Probation Revoked_

E 1041
M 0701

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant, having entered a plea of ☐ Not Guilty ☑ Guilty to the Charge(s) of _____

_(E) Destroying Property_
_(I) Attempted Unauthorized Use of a Vehicle_
and having been found guilty by ☐ Jury ☑ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to _Count (E) no less than 3 (three) years and no more than 9 (nine) years, Count (I) no more than 90 days, to run consecutive_

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed.

☒ MANDATORY MINIMUM term does not apply.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code [Youth Rehabilitation Act 1985].

☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

　☐ Observe the general conditions of probation listed on the back of this order.

　☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.

　☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows: _____

　☐ Restitution of $_____ in monthly installments of $_____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____

　☐ _____

Costs in the aggregate amount of $_waived_ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☐ have not been paid.

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

_6/30/97_
Date

_____
Judge

Certification by Clerk pursuant to Criminal Rule 32(d).

_6/30/97_
Date

_____
Deputy Clerk

# ATTACHMENT C

15/13/02 23:28:50          U.S PAROLE->          Right

# U.S. Department    of Justice
## United States Parole Commission

## CERTIFICATE    OF PAROLE

Know all Men by these Presents:

It having been made to appear to the United States Parole Commission that **BAKER, Todd Emerson**, Register No. 07282-007, a prisoner incarcerated in the **Rivers Correctional Institution** is eligible to be PAROLED, and in that said prisoner substantially observed the rules of the institution, and in the opinion of the Commission said prisoner's release would not depreciate the seriousness of this offense or promote disrespect for the law, and would not jeopardize the public welfare, it is ORDERED by the said United States Parole Commission that said prisoner be PAROLED on **May 15, 2002**, and that said prisoner is to remain within the limits of **District of Maryland** to and including **September 04, 2011**.

Given under the hands and the seal of the United States Parole Commission on **May 10, 2002**.

### UNITED STATES PAROLE COMMISSION

*Juanita E. Holmes*

By: **Juanita E. Holmes, Parole Info. Specialist**

Initial Risk Category: **SFS - 4**
Chief U.S. Probation Officer: **William F. Henry, District of Maryland**

I have read, or had read to me, the conditions of release printed on the attached Conditions of Release form and received a copy thereof, I fully understand them and know that if I violate any, I may be recommitted. I also understand that the law requires the Parole Commission to revoke my parole if I am found by the Commission to have possessed any illegal controlled substance. I also understand that special conditions may be added or modifications of any condition may be made by the Parole Commission upon notice required by law.

*Todd E. Baker* _____          07282-007
          Name                              Reg. No.

Witnessed: *Veronica Maylor, Case Mgr*     5-14-02
          Name and Title                    Date

The above-named person was released on the 15th day of May, 2002 with a total of 3399 days remaining to be served.

(C)

_____ *Official Certifying Release*

BOP-Rivers Correctional Institution

This CERTIFICATE will become effective on the day of release indicated above. If the releasee fails to comply with any of the conditions listed on the attached page, the releasee may be summoned to a hearing or retaken on a warrant issued by a Commissioner of the U.S. Parole Commission and reimprisoned pending a hearing to determine if the release should be revoked.

## CONDITIONS OF RELEASE

1. You shall go directly to the district shown on the CERTIFICATE OF RELEASE (unless released to the custody of other authorities). Within three days after your arrival, you shall report to your parole advisor if you have one, and the United States Probation Officer whose name appears on the Certificate. If in any emergency you are unable to get in touch with your parole advisor, or your Probation Officer or the United States Probation Office, you shall communicate with the United States Parole Commission, Department of Justice, Chevy Chase, Maryland 20815.

2. If you are released to the custody of other authorities, and after your release from physical custody of such authorities, you are unable to report to the United States Probation Officer to whom you are assigned within three days, you shall report instead to the nearest United States Probation Office.

3. You shall not leave the limits fixed by the CERTIFICATE OF RELEASE without written permission from your Probation Officer.

4. You shall notify your Probation Officer within 2 days of any change in your place of residence.

5. You shall make a complete and truthful written report (on a form provided for that purpose) to your Probation Officer between the first and third day of each month, and on the final day of parole. You shall also report to your Probation Officer at other times as your Probation Officer directs, providing complete and truthful information.

6. You shall not violate any law, nor shall you associate with persons engaged in criminal activity. You shall get in touch within 2 days with your Probation Officer or the United States Probation Office if you are arrested or questioned by a law-enforcement officer.

7. You shall not enter into any agreement to act as an informer or special agent for any law-enforcement agency.

8. You shall work regularly unless excused by your Probation Officer, and support your legal dependents, if any, to the best of your ability. You shall report within 2 days to your Probation Officer any changes in employment.

9. You shall not drink alcoholic beverages to excess. You shall not purchase, possess, use or administer marijuana or narcotic or other habit-forming or dangerous drugs, unless prescribed or advised by a physician. You shall not frequent places where such drugs are illegally sold, dispensed, used or given away.

10. You shall not associate with persons who have a criminal record unless you have permission by your Probation Officer.

11. You shall not possess a firearm, ammunition or other dangerous weapons.

12. You shall permit confiscation by your Probation Officer of any materials which your Probation Officer believes may constitute contraband in your possession and which your Probation Officer observes in plain view in your residence, place of business or occupation, vehicle(s) or on your person.

5/13/02 23:30:42          U.S PAROLE->          RightFAX          Page 004

13. You shall make a diligent effort to satisfy any fine, restitution order, court costs or assessment, and/or court ordered child support or alimony payment that has been, or may be, imposed, and shall provide such financial information as may be requested, by your Probation Officer, relevant to the payment of the obligation. If unable to pay the obligation in one sum, you will cooperate with your Probation Officer in establishing an installment payment schedule.

14. You shall submit to a drug test whenever ordered by your Probation Officer.

15. If you have been convicted of any sexual offense under District of Columbia or federal law (including Uniform Code of Military Justice offenses), you must report for registration with your state sex offender registration agency as directed by your U.S. Probation Officer. You are required to report for registration in any state in which you live, work, attend school, or pursue any vocation. You must be registered in compliance with applicable state law that applies to current or prior federal, state or local convictions for sexual offenses, and in compliance with 42 U.S.C. §14072(i) (which makes it a federal crime for any offender covered by 18 U.S.C. §4042 not to register in accordance with state law). If there is any question as to whether or where you are required to register, you must seek and follow the guidance of your U.S. Probation Officer.

16. You will provide a DNA sample if collection of such sample is authorized pursuant to § 3 of the DNA Analysis Backlog Elimination Act of 2000.

By signing this Parole Certificate, I consent to the unrestricted communication between any treatment facility administering a drug or alcoholic treatment program in which I am, or will be participating, and the U.S. Parole Commission and the Probation Office. I further consent to the disclosure by such facility to the U.S. Parole Commission and the Probation Office of any information requested, and the redisclosure of such information to any agencies that require it for the performance of their official duties. This consent shall be irrevocable until the termination of parole supervision, or the occurrence of one of the items specified in 42 C.F.R. 2.35(b), whichever is earlier.

**You shall also abide by the below listed special condition(s) as indicated:**

You shall be subject to the Special Drug Aftercare Condition which requires that you participate as instructed by your U.S. Probation Officer in a program (inpatient or outpatient) approved by the U.S. Parole Commission for the treatment of narcotic addiction or drug dependency, which may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and/or all other intoxicants during and after the course of treatment.

Information concerning a releasee under the supervision of the U.S. Parole Commission may be disclosed to a person or persons who may be exposed to harm through contact with that particular releasee if such disclosure is deemed to be reasonably necessary to give notice that such danger exists. Information concerning a releasee may be released to a law enforcement agency as required for the protection of the public or the enforcement of the conditions of the release.

BOP-Rivers Correctional Institution

# ATTACHMENT D

U.S. Department of Justice                    **Notice of Action**
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

| | |
|---|---|
| Name: BAKER, Todd | Institution: D.C. CTF |
| Register Number: 07282-007 | |
| DCDC No: 268-594 | Date:     September 3, 2003 |

In the case of the above-named, the following parole action was ordered:

Revoke parole.  None of the time spent on parole shall be credited.    Re-parole effective (04-02-2004)
after the service of 10 months.

NOTE:  Pursuant to 28 C.F.R. §2.82, your parole effective date is contingent upon approval of your
release plan by the Commission.  Your release plan will be investigated by the D.C. Court Services and
Offender Supervision Agency (CSOSA), which will submit a report to the Commission before a parole
certificate can be delivered.

You shall be subject to the Special Drug Aftercare Condition which requires that you participate as
instructed by your U.S. Probation Officer in a program (inpatient or outpatient) approved by the U.S. Parole
Commission for the treatment of narcotic addiction or drug dependency.  That program may include testing
and examination to determine if you have reverted to the use of drugs.  You shall also abstain from the use
of alcohol and all other intoxicants during and after the course of treatment.

**Also,** it is recommended that the subject serve the parole violation commitment in a facility where drug
treatment is available.

**FINDINGS OF FACT:**

The Commission finds as a fact that you violated conditions of release as charged as indicated below:

Charge No. 1 - Use of Dangerous and Habit Forming Drugs.

Basis:  Your admission to the examiner.

Charge No. 2 - Failure to Maintain Regular Employment.

Basis:  Your admission to the examiner.

Charge No. 3 - Failure to Report Change in Residence.

Basis:  Your admission to the examiner.

Charge No. 4 - Failure to Submit Supervision Reports.

Basis:  Your admission to the examiner.

Clerk:    ADC

Baker 07282-007
Queued: 09-03-2003 08:50:40 BOP-D.C. CCM | USPO-District of Maryland, 1 - Main (Baltimore) | USM-District of
Columbia - District Court, D.C. District Court | FPD-District of Columbia, District of Columbia - DC |

Charge No. 5 - Law Violation - Theft of Property Valued at Less Then $500 (3 Counts).

Basis: Your admission to the examiner to having entered a plea of nolo contendere for 1 count of Theft of Property Valued at Less Then $500.

**REASONS**:

Your parole violation behavior has been rated as criminal conduct of Category One severity because it involved theft of property valued at less than $2,000 and administrative violations. Your salient factor score is 4. See the attached sheet for an explanation of your individual Salient Factor Score items. The table at the bottom presents the points for Salient Factor Score Item C. As of your hearing date of 08-14-2003, you have been in confinement as a result of your violation behavior for a total of 2 month(s). Guidelines established by the Commission indicate a customary range of 8-12 months to be served before release. After review of all relevant factors and information, a departure from the guidelines at this consideration is not warranted.

The above decision is not appealable.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:    U.S. Marshals Service
       District of Columbia - District Court
       333 Constitution Avenue, N.W.
       Room 1400
       Washington, D.C. 20001
       Attn: Karen Brown

       U.S. Probation Office
       District of Maryland
       250 West Pratt Street
       Suite 400
       Baltimore, MD 21201-2423

Baker 07282-007                                          -2-                        Clerk:  ADC
Queued: 09-03-2003 08:50:40 BOP-D.C. CCM | USPO-District of Maryland, 1 - Main (Baltimore) | USM-District of
Columbia - District Court, D.C. District Court | FPD-District of Columbia, District of Columbia - DC |

Anna Rodriguez
Public Defender Service
District of Columbia
Special Proceedings Division
633 Indiana Avenue, N.W.
Washington, D.C. 20004

Sharon Barnes-Durbin, SCSA
CSS Data Management Group
D.C. Court Services & Offender Supervision Agency
300 Indiana Avenue, N.W., Suite 2149
Washington, D.C. 20001

Steve Grinley
Case Manager Coordinator
D.C. CCM
10010 Junction Drive
Suite 101 North
Annapolis Junction, MD. 20701



Clerk:   ADC
Baker 07282-007
Queued: 09-03-2003 08:50:40 BOP-D.C. CCM | USPO-District of Maryland, 1 - Main (Baltimore) | USM-District of
Columbia - District Court, D.C. District Court | FPD-District of Columbia, District of Columbia - DC |

## SALIENT FACTOR SCORE (SFS-98)

| Your Pts | Salient Factor Score (SFS-98) Item Explanations |
|---|---|
| 0 | **A** - Prior convictions/adjudications (adult or juvenile) None = 3; One = 2; Two or three = 1; Four or more = 0 |
| 1 | **B** - Prior commitments of more than thirty days (adult or juvenile) None = 2; One or two = 1; Three or more = 0 |
| 3 | **C** - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile) (see table below for an explanation) |
| 0 | **D** - Recent commitment free period (three years)<br>No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0 |
| 0 | **E** - Probation/parole/confinement/escape status violator this time<br>Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0 |
| 0 | **F** - Older offenders<br>If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0 |
| 4 | **Salient Factor Score (SFS-98)** (sum of points for A-F above) |

| Points For SFS Item C | | | |
|---|---|---|---|
| Age | Prior Commitments | | |
| | 0-3 | 4 | 5+ |
| 26 & Up | 3 | 2 | 1 |
| 22-25 | 2 | 1 | 0 |
| 20-21 | 1 | 0 | 0 |
| 0-19 | 0 | 0 | 0 |

Baker 07282-007    Clerk:   ADC
Queued: 09-03-2003 08:50:40 BOP-D.C. CCM | USPO-District of Maryland, I - Main (Baltimore) | USM-District of Columbia - District Court, D.C. District Court | FPD-District of Columbia, District of Columbia - DC |