# ATTACHMENT K



Special Projects use:

SMART ☐
Tracking ☐

**Court Services and Offender Supervision Agency
for the District of Columbia**
*Special Projects Unit*

## NOTICE OF OFFENDER ARREST

                                                    *1B*
                                                    Branch

To:     _Lorenzo Harris_          _32_
        Supervisory Community Supervision Officer    Team

        ~~Teesha King~~  Renard Brown
        Community Supervision Officer

From:   Special Projects Unit

**SUBJECT:**   Offender Re-arrest

| Name | PDID | Supervision Type |
|------|------|------------------|
| Baker, / Todd  AKA: Todd | 48284B | Parole ☑  Probation ☐  CPO ☐  Diagnostic ☐  Supv Release ☐  DSA ☐ |

**Arrest Summary:**

| New Charge ☐  Fugitive From Justice ☐  Paternity Support ☐ | Bench Warrant ☐  Parole Violation ☐  Probation Violation ☐ | Citation ☐  F/F ☐  Bond ☐ |
|---|---|---|

**Other Comments (Those that apply are checked)**

- ☐ **No updated case information in CIS**
- ☐ **No updated disposition information in CIS**
- ☐ **PD-163 is incomplete (i.e. a page is missing)**
- ☐ **PD-163 could not be located**
- ☐ **Additional attempts to locate PD-163 will be made**
- ☐ **Alternate Documentation Attached**
- ☐ **Other** _____

**300 Indiana Ave, NW, Room 2074, Washington, D.C. 20001**
**FAX: (202) 585-7501**

8 672 867

## METROPOLITAN POLICE DEPARTMENT
### Washington, D.C.
**ARREST/PROSECUTION REPORT**

P.D. 163 Rev. 5/2/02     G.O. 401.5

| 1. PERSON NOTIFIED OF NAME CHANGE – UNIT – DATE/TIME – NCIC NO. (ID ONLY) | 2. ID NUMBER (ID ONLY) 182843 |
|---|---|

| 3. DEFENDANT'S TRUE NAME – LAST, FIRST, MIDDLE (ID ONLY) | 4. CID NUMBER |
|---|---|

**5. UNIT-ARREST NO.** 070503457

**6. DEFENDANT'S NAME – LAST, FIRST, MIDDLE (At time of arrest)**
BAKER, TODD EMERSON

**7. DEA LAB NUMBER**

**8. Arresting Officer's Name**
GARCIA, G.

| Rank Ofc. | Badge # 1321 | Agency MPD |
|---|---|---|

**9. TYPE OF RELEASE** ☐ CITATION ☐ BOND ☐ COLLATERAL

**10. NICKNAME / ALIAS** ▶ None

**11. PHONE NUMBER**

**12. COURT DATE** 8-18-05

**13. ADDRESS** ...m / Apt. No. City & State (if Outside D.C.)

**14. TIME IN D.C.** Life

| 15. ☐ CHILD ABUSE | ☐ GANG | ☐ HATE SPECIAL INTELLIGENCE | ☐ SENIOR CITIZEN | ☐ DOMESTIC VIOLENCE | 16. SEX ▶ Male | 17. RACE ▶ Black | 18. BIRTHDATE | 19. SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|---|---|

| 20. NEED INTERPRETER ☐ YES ☒ NO | 21. HEIGHT 5'9 | 22. WEIGHT 200 | 23. HAIR Blk | 24. EYES Brn | 25. COMPLEX Dark | 26. PERMIT NO/ST | 27. BIRTHPLACE (City & State) ROCHESTER NY |
|---|---|---|---|---|---|---|---|

**28. CO-DEFENDANTS: Number 0 (If more than 3, list on back)**
NAME, ADDRESS, ZIP CODE AND PHONE NUMBER
MCQUEEN, QUENTIN; 117 WAYNE ST. #102,

| 29. IMPERSONATOR? ☐ M ☐ F ☒ NO | 30. ETHNICITY Afro-Amer. | 31. CAUTION N/A |
|---|---|---|

**32. SCARS/MARKS/TATTOOS** None

| 33. HAT N/A | 34. JACKET N/A | 35. PANTS GREEN |
|---|---|---|
| 36. COAT N/A | 37. SHIRT GREEN | 38. SKIRT/DRESS N/A |

**39. WALES/NCIC CHECK**

CHECK MADE BY (Name)

| NCIC NUMBER 01218 | WARRANT ON FILE (If Yes, enter Warrant Numbers) Yes ☐ No ☒ |
|---|---|

**a. LOCATION OF OFFENSE (Exact Address, include Room / Apt No.)** ▶ 3700 9TH ST SE

| DATE OF OFFENSE ▶ 8/18/05 | TIME OF OFFENSE ▶ 0730 |
|---|---|

**b. LOCATION OF ARREST (Exact Address, include Room / Apt No.)** ▶ 3700 9TH ST SE

| DATE OF ARREST ▶ 8/18/05 | TIME OF ARREST ▶ 0800 |
|---|---|

**ASSISTING OFFICER'S NAME, RANK, BADGE NO. & UNIT OR AGENCY**
Jackson, C, 2711, MPD

**ASSISTING OFFICER'S NAME, RANK, BADGE NO. & UNIT OR AGENCY**
▶ PRISTOOP S., OFC, 7835, MPD

**43. DEFENDANT ADVISED OF RIGHTS**

| DATE 8/18/2005 | TIME 0925 | LOCATION 7th District | OFFICER'S NAME – ADVISING / COMPLETING PD FORM 47/47A DET. ELLISON | BADGE NO. D2201 | UNIT 7D |
|---|---|---|---|---|---|

**44. COMPLAINANTS / WITNESSES (If sworn member – Name, Rank, Badge No. and Unit)** MORE ☐ See Back

| NAME – LAST ... STREET CITY STATE, ZIP CODE | BIRTHDATE | HOME PHONE NO. | WORK PHONE NO. |
|---|---|---|---|
| 1. ▶ | | | |
| 2. ▶ ...re Se | | | |

| 45. SPEC. OPS N/A | 46. TACTICS 1 - Routine Patrol | 47. PREMISES 5 - Apartment | 48. SCHOOL ZONE PUBLIC HOUSING |
|---|---|---|---|

| CHARGES | NOI OR WARRANT NUMBER | CCN | MPD DISPOS. | COLLA/BOND RECEIPT NO |
|---|---|---|---|---|
| 1. BURGLARY II | | 110-997 | Lock up | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

**50. PROPERTY RECOVERY / ITEMS OF EVIDENCE**

PROPERTY BOOK/PAGE NO.
02/13 (81A Completed / Property Released / Scene) Photos Also Taken

| CSES NO. | 51. INITALS – DATE – UNIT OF PERSON TAKING PRINT | 53. RIGHT THUMB PRINT |
|---|---|---|

**52. M. O. WEAPONS, HANGOUTS, HABITS, INSTRUMENTS**

| USE ONLY | HEIGHT | WEIGHT | HAIR | EYES | COMPLEX | SCARS/MARKS/TATTOOS |
|---|---|---|---|---|---|---|
| 27 | | | | | | |

| 55. EMPLOYMENT HISTORY (List present employment if any, on Line 1) | | | | |
|---|---|---|---|---|
| FROM–DATE–TO | EMPLOYER | ADDRESS | BUS. PHONE | OCCUPATION |
| 1. | UNEMPLOYED | | | |
| 2. | | | | |

| 56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES (Begin with immediate family) | | | |
|---|---|---|---|
| RELATIONSHIP | DOB/AGE | NAME – LAST, FIRST, M.I. | ADDRESS – STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
| | | None | | |

7. MILITARY SERVICE: BRANCH/DATE FROM – TO
None

| 58. TELEPHONE CALL MADE | 59. PHONE NUMBER |
|---|---|
| ☐ YES  ☒ NO  ☐ REFUSED | N/A |

0. STATEMENT OF FACTS:   (Give a brief statement in your own words, of the facts surrounding the offense and the arrest. (Use Continuation Form PD 202A for additional space. Note present condition of any injured person(s). Do not give Witnesses' Names or Addresses. Refer to them as W1 or W2, etc as indicated in Item 31.)

The event occurred on 8/18/05 at approximately 0730 at Parkside Terrace Apts. 3700 9th St. SE in Washington DC.

On the event date and time, Ofc Garcia and Ofc Pristoop were driving northbound on 9th Street when they observed D-1 and D-2 loading what appeared to be sticks into the back of a Bronco in front of the event location. Ofc Pristoop asked D2 and D1 what they were doing with the copper pipe. Upon further investigation they discovered it to be copper pipes. D2 appeared to be covered in sweat and dry wall debris while D1 appeared to be clean. Upon further investigation he side of the road." D2 and D1 reported they "found it in a cart on D2 and D1 admitted to removing the copper pipe from the abandoned apartment complex and loading it into their vehicle.

The property manager for the Parkside Terrace Apartments (Ewings, Asa) was notified and confirmed that D2 and D1 were not authorized take any material from that location. D2 and D1 were placed under arrest for Burglary II and taken to the 7th District for processing.

Crime scene technicians Ofc Bruce-James and Ofc Gibson were notified and took pictures of the copper pipe on scene. An 81A (property lease) was completed and signed by the property manager, Ewings, Asa, releasing the recovered property to him. Detective Ellison was notified of the event and conducted taped interviews with both defendants.

DEFENDANT'S VERSION / REMARKS:   [What did defendant say about the offense or his/her whereabouts at the time of offense? (Use PD 118 for defendant's written statement.)]

| RECORD CLERK'S NAME | | 3. | | 5. | 64. PROPERTY BOOK/PAGE NO. |
|---|---|---|---|---|---|
| ARREST RECORD SUMMARY | | | | | PRISONER'S PROPERTY ONLY |
| | 2. | 4. | | 6. | |

UL REFORM ACT CASES:  Was a statement made by defendant in reference to his/her failure to appear? ☐ Yes ☐ no
(If yes, include in Defendant's Version/Remarks Section above.)

| PRINTED NAME – OFFICER MAKING STATEMENT | BADGE NUMBER | RANK | 68. SIGNATURE OF REVIEWING OFFICIAL | |
|---|---|---|---|---|
| cia, G. | 1321 | Ofc. | | |
| SIGNATURE OF OFFICER MAKING STATEMENT | UNIT | DATE | UNIT | DATE |
| rcia, G. | 7D | 8/18/2005 | 7D | 8/18/05 |

```
MCIS0503                SUPERIOR COURT OF THE DISTRICT OF COLUMBIA              08/22/05
C1CCF5                      CRIMINAL INFORMATION SYSTEM
                                    CASE SUMMARY
CASE NO: F 04729 05
               UNITED STATES  VS  TODD E. BAKER
                               AKA:
ADDR.:            ..........  ..
PDID: 0482843 /KEY: K723841      DOB:          2 SEX: M RACE: B EVDNCE:    EX ST:
BW ISS:                 ATTY: BARON, GREGG D          TYPE: C   FINE BAL:
BW DIS:                          BND SET: 00 00 00 POST:          REST BAL:
BOND: PR    AMT:               ALW CS:   SRTY:  PCT:   ACT   VVCA BAL:
JS ISS:          JS DISP:           JS DISP CD:   MOTN:       LAST UPDT:  8 22 05
                                                  APPL:             BY: C1DGS
COUNT           CHARGE                      CONT. DATE  TYPE  DISP DATE  SENT
  A    U987  BURGLARY II                      09 07 05    PH


NEXT:             CASE:               KEY:
TO DISPLAY DETAIL, PLACE CURSOR UNDER COUNT & PRESS PF2
  PF8==> DISPLAY MORE COUNTS  PF10 ==> RETURN TO BROWSE  PF3 ==> GO TO PENDING
```

# ATTACHMENT L



# Memorandum

| Subject | Date |
|---|---|
| **Warrant Execution Instructions Regarding:** | |
| **Baker, Todd** | |
| **Reg. No. 07282-007** | **January 13, 2006** |
| **DCDC No. 268-594** | |

| To | From |
|---|---|
| | *Rhonda A Shelton* |
| U.S. Marshal | Rhonda A. Shelton |
| District of Columbia - District Court | Case Analyst |
| 333 Constitution Ave, N.W., Room 1400 | U.S. Parole Commission |
| Washington, D.C. 20001 | |
| Warrants - Attn: Sean McLeod | |

Enclosed are the Warrant Application and Warrant issued by the United States Parole Commission for the above-named parolee. Please notify the Parole Commission promptly of all developments concerning the disposition of this warrant.

**Please assume custody as soon as possible.**

**If the parolee is already in the custody of federal, state, or local authorities, do not execute this warrant. Place a detainer and notify the Commission. Also, if a criminal arrest warrant has been issued for this parolee, execution of such criminal warrant shall take precedence. If after executing this warrant, it is determined that another arrest warrant for the parolee has been executed or was outstanding at the time this parole violator warrant was executed, the arresting officer may, within 72 hours of executing this warrant, release the parolee to the other arrest warrant and place the violator warrant as a detainer. The arresting officer shall promptly notify the Commission of this action.**

**If the prisoner is sentenced to a new federal, state or local term of imprisonment, place the warrant as a detainer and indicate the institution designated for service of sentence.**

After execution of the Warrant, (1) give one copy of Warrant Application to the prisoner; (2) provide one copy of the Warrant Application to the Community Supervision Officer as soon as practical after taking custody; and (3) advise the Parole Commission and the Community Supervision Officer that the subject is in custody (noting the place of confinement and the date warrant was executed).

When prisoner is returned to the designated institution, leave one Warrant and one Warrant Application with the Warden.

**COMMUNITY SUPERVISION OFFICER:** Please keep the Commission advised of all further developments in this case. If there has been a conviction of an offense committed while under supervision for which a term of imprisonment is authorized by law (even if no term of imprisonment is imposed in this case), do not conduct a preliminary interview unless the Parole Commission specifically orders that one be conducted.

Enclosure

cc:  D.C. Court Services and Offender Supervision Agency

 

U.S. DEPARTMENT OF JUSTICE
UNITED STATES PAROLE COMMISSION

**WARRANT APPLICATION**
**D.C. Code Offender**

Name............................. **Baker, Todd**

| | | |
|---|---|---|
| Reg. No .......................... **07282-007** | Date............................................**January 13, 2006** |
| DCDC No. ..................... **268-594** | Termination of Supervision ..... **March 14, 2013** |
| FBI No ............................ **645178VA6** | [If Conviction Offense Before April 11, 1987 And |
| Birth Date ..................... | Offender Is On Mandatory Release, Termination |
| Race ............................... **Black** | Date Is 180 Days Prior To Full Term] |
| | Violation Date ..........................**July 21, 2005** |
| | Released ...................................**May 6, 2005** |

Sentence Length............**9 years; 60 months; 90 days (original term); 3111 days (violator term)**
Original Offense ........... **Destruction of Property**

If you have been arrested on a violator warrant in the District of Columbia and you have not been convicted of a new offense, you shall be given a probable cause hearing within five days of your arrest and violator warrant. Probable cause hearings are normally scheduled on Tuesdays and Fridays at the Central Detention Facility. The purpose of the probable cause hearing is to determine if there is probable cause to believe that you have violated the conditions of your release, and if so, whether to release you or hold you for a revocation hearing. If no probable cause is found, you will be released and either reinstated to supervision, or discharged from further supervision if your sentence has expired.

At your probable cause hearing and any subsequent revocation hearing you will be apprised of the information supporting the violation charges. You may present documentary evidence and voluntary witnesses on your behalf. If you deny the charge(s) against you, you may request the presence of those persons who have given information upon which the charges are based. Such adverse witnesses will be made available for questioning unless good cause is found for their non-appearance.

You may be represented by an attorney or, if you are unable to pay for such representation, an attorney will be appointed for you if you fill out and promptly return a request for representation to the hearing examiner.

If, after a revocation hearing, you are found to have violated the conditions of your release the Commission may: (1) restore you to supervision, and, if appropriate, (a) reprimand you; (b) modify your conditions of supervision; or (c) refer you to a residential community treatment center for the remainder of your sentence; or (2) revoke your parole, mandatory release, or supervised release in which case the Commission will also decide when to consider you for further release.

If the Commission revokes your parole, mandatory release, or supervised release you will not receive credit toward service of your sentence for time spent on parole/mandatory release/supervised release.

**CHARGES:**

**Charge No. 1 - Failure to Submit to Drug Testing.** The releasee failed to submit urine specimens on 7-21, 7-28, 8-2, 8-4, 8-11, 8-16, 8-26 and 9-2-05. This charge is based on the information contained in the violation report dated 11-22-05 from supervising officer Teesha King.
I ADMIT [  ] or DENY [  ] this charge.

**Charge No. 2 - Use of Dangerous and Habit Forming Drugs.** The releasee submitted urine specimens which tested positive for:

Cocaine on 7-26, 8-9 and 8-19-05

This charge is based on the information contained in the violation report dated 11-22-05 from supervising officer Teesha King and corresponding drug report dated 12-2-05
**I ADMIT [   ] or DENY [   ] this charge.**

**Charge No. 3 - Failure to Report to Supervising Officer as Directed.** The releasee failed to report to the supervising officer on 8-16-05 as directed. The releasee has failed to make himself available for supervision since 8-9-05. This charge is based on the information contained in the violation report dated 11-22-05 from supervising officer Teesha King.
**I ADMIT [   ] or DENY [   ] this charge.**

**Charge No. 4 - Law Violation – Burglary II.** On 8-18-05, the releasee and a co-defendant stole copper pipes from an apartment complex located at 3700 9th ST SE, Washington, DC. The releasee was arrested by the Metropolitan Police Department for the above-cited offense on 8-18-05. This charge is based on the information contained in the violation report dated 11-22-05 from supervising officer Teesha King and a police report dated 8-18-05. Status of Custody/Criminal Proceedings: The subject was released on 8-19-05, and a status hearing was scheduled for 9-7-05. He failed to appear and a bench warrant was issued.
**I ADMIT [   ] or DENY [   ] this charge.**

**Charge No. 5 - Failure to Report Change in Residence.** On 8-19-05, the supervising officer learned that the releasee left his known residence on or before 8-19-05 and failed to report a new residence to the supervising officer within 48 hours. This charge is based on the information contained in the violation report dated 11-22-05 from supervising officer Teesha King.
**I ADMIT [   ] or DENY [   ] this charge.**

**Probable Cause Hearing Is Required**

**Warrant Recommended By:**

*Rhonda A. Shelton*

Warrant Issued.................. **January 13, 2006**

**Rhonda A. Shelton, Case Analyst**
**U.S. Parole Commission**

Community Supervision Office Requesting Warrant: **General Supervision Unit X-Team 21, 1230 Taylor Street**

# W A R R A N T
## D.C. Code Offender

**U.S. Department of Justice**
**United States Parole Commission**

**To the U.S. Marshal or Any Federal or District of Columbia Officer Authorized to Serve Criminal Process Within the United States:**

WHEREAS, Baker, Todd, Reg. No. 07282-007, DCDC No. 268-594, was sentenced by the Superior Court of the District of Columbia or the United States District Court to serve a sentence of 9 years; 60 months; 90 days (original term); 3111 days (violator term) for the crime of Destruction of Property and was on May 6, 2005 released on parole from Cumberland FCI with 2869 remaining to be served;

AND, WHEREAS, reliable information has been presented to the undersigned Member of this Commission that said released prisoner named in this warrant has violated one or more conditions of his release;

NOW, THEREFORE, this is to command you by the authority of §§24-205, 24-131, and 24-133 of the District of Columbia Code, to execute this warrant by taking the above-named, wherever found in the United States, and hold him in your custody either until he is released by order of the Parole Commission, or until you are authorized to transport him for further custody.

WITNESS my hand and the seal on January 13, 2006

_____ 1/17/06
U.S. Parole Commissioner

Baker, Todd
Reg. No. 07282-007    DCDC No. 268-594

## WARRANT For Return Of Prisoner Released To Supervision

Name:  **Baker, Todd**
Reg. No. 07282-007

Institution:  Cumberland FCI
DCDC No.  **268-594**

## UNITED STATES MARSHAL'S RETURN TO UNITED STATES PAROLE COMMISSION

NOTE:  Do not execute this warrant if the subject is being held in custody on other federal, state or local charges, unless otherwise ordered by the Commission. (See instructions on accompanying memorandum.)

_____ DISTRICT OF _____ District of ___ COLUMBIA _____ ss:

Received this writ the ___ 13 ___ day of ___ JANUARY ___, 20 _06_, and executed same by arresting the within-named ___ TODD BAKER _____

this _____ 3 _____ day of ___ NOVEMBER _____, 20 _06_,

at ____ 1200 _____ and committing him to ___ DC JAIL _____

_____ G WALSH _____
U.S. Marshal

_____ [signature] _____
Deputy Marshal

Further executed same by committing him to _____

at _____ on _____, 20_____, the institution designated by the Attorney General, with the copy of the warrant and warrant application.

_____
U.S. Marshal

_____
Deputy Marshal

NOTE:  The original of this warrant is to be returned to the U.S. Parole Commission, 5550 Friendship Boulevard, Chevy Chase, Maryland 20815.

## ACKNOWLEDGEMENT OF SERVICE:

I have received a copy of the warrant application dated _____ JANUARY 13, 2006 _____

X _Todd Baker_
Prisoner's Signature

11/03/06
Date

_(If prisoner refuses to sign, Marshal should so indicate.)_

_____

Baker, Todd
Reg. No. 07282-007    DCDC No. 268-

# ATTACHMENT M

## D.C. PROBABLE CAUSE HEARING DIGEST

Name.............................: **Baker, Todd**

Reg. No. .........................: **07282-007**

Type of Release ............:**Parole**

Full Term Date When Warrant Issued..: **March 14, 2013**

Date Warrant Executed.: _11.3.06_

Hearing Date ........: _11.7.06_

Examiner...............: _Co sosaz_

Supervision Officer: **Teesha King**

## Attorney at Probable Cause Hearing:

[X] PDS      [ ] Other    [ ] None

Name_____

Address_____

_____

Phone_____

## Attorney Representing Subject at Revocation Hearing:

[X] PDS      [ ] Other    [ ] Unknown

Name___McCrysor___

Address_____

_____

Phone_____

## I. Items Advised *(Check that the subject has been advised of the following two rights):*

[✓] Advised of Right to a Probable Cause Hearing  [✓] Advised of Right to Attorney

## II. Reason For Not Conducting Probable Cause Hearing

*{If Probable Cause Hearing not conducted, indicate the reason}:*

[ ] Postponed to Next Docket *{If so, provide reason for postponement and omit rest of form.}*

[ ] At Request of Attorney/Prisoner        [ ] Prisoner Unavailable

[ ] Other Reason:_____

[ ] Combined Probable Cause/Revocation Scheduled *{If so, skip to VI, Revocation Hearing.}*

**Baker, Todd**
**Reg. No. 07282-007    DCDC No. 268-594**

## III. Review of Charges:

**Charge No. 1 - Failure to Submit to Drug Testing**

[  ] ADMITS        [ X ] DENIES

The Subject's Response:

_____

_____

_____

_____

[ X ] **Probable Cause Found**. After considering the violation report dated 11-22-05, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 1. Additional reasons for probable cause finding:

_____

_____

_____

_____

[  ] **No Probable Cause Found**

_____

**Charge No. 2 - Use of Dangerous and Habit Forming Drugs**

[  ] ADMITS        [ X ] DENIES

The Subject's Response:

_____

_____

_____

_____

[  ] **Probable Cause Found**. After considering the violation report dated 11-22-05, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 2. Additional reasons for probable cause finding:

_____

Baker, Todd
Reg. No. 07282-007    DCDC No. 268-594

_____

_____

_____

_____

[   ] **No Probable Cause Found**

_____

**Charge No. 3 - Failure to Report to Supervising Officer as Directed**

[   ] **ADMITS**          [X] **DENIES**

The Subject's Response:

_____

_____

_____

_____

[X] **Probable Cause Found**.  After considering the violation report dated 11-22-05, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 3. Additional reasons for probable cause finding:

_____

_____

_____

_____

[   ] **No Probable Cause Found**

_____

**Charge No. 4 - Law Violation – Burglary II.**

[   ] **ADMITS**          [X] **DENIES**

The Subject's Response:

_____

_____

_____

Baker,  Todd
Reg. No. 07282-007    DCDC No. 268-594

[ ✓ ] **Probable Cause Found.** After considering the violation report dated 11-22-05, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 4. Additional reasons for probable cause finding:

[ ] **No Probable Cause Found**

**Charge No. 5 - Failure to Report Change in Residence**

[ ] **ADMITS**       [ ✓ ] **DENIES**

The Subject's Response:

[ ✓ ] **Probable Cause Found.** After considering the violation report dated 11-22-05, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 5. Additional reasons for probable cause finding:

[ ] **No Probable Cause Found**

## IV. Additional Charges:

*Warrant may be supplemented. Subj was arrested for CDS: Not Marijuana P6 Co # 5/6/05 mo Li Theft: Burglar 6/14/V mo Co*

## V. Outcome of Probable Cause Hearing:

[ ✓ ] **Probable Cause Found** on one or more charges, **Hold in Custody** pending revocation hearing.

[ ] **No Probable Cause Found** for any charge. **Discharge from Custody** immediately and

    [ ] **Reinstate** to Supervision or [ ] **Close Case** *[If expiration date has passed]*

[ ] **Probable Cause Found** on one or more charges. Recommend **Reinstate to Supervision** and

    [ ] **Summon** to revocation hearing or [ ] **Terminate** revocation proceedings

Reason for Release/Summons:_____

_____

## VI. Principal Adverse Witnesses Identified by the Commission:

Note to Subject: This is the time to request the attendance of an adverse witness (including an adverse witness identified by the Commission or an examiner on this form). Your failure to make a request for the attendance of any adverse witness is a waiver of your opportunity to confront and cross-examine that witness at a revocation hearing.

Supervision Officer
Name: Teesha King
**Status:**_____**Approved**    _____**Not Approved**    _____**Pending Further Review**

Police Officer
Name: G. Garcia, Metropolitan Police Department, Badge # 1321
**Status:**_____**Approved**    _____**Not Approved**    _____**Pending Further Review**

## VII. Adverse Witnesses Requested by Subject:

Baker, Todd
Reg. No. 07282-007   DCDC No. 268-594

**IX.    Revocation Hearing:**

[ / ] Local Revocation **or**        [  ] Combined Probable Cause/Local Revocation on:

**Location:** [  ] CTF  [  ] DC Jail   **Date:** _1/11/07_      **Time:** [  ] am  [ X ] pm

[  ] Other at _____

_____

[  ] Recommend institutional revocation hearing upon transfer to a federal institution.

**Note:  A continuance must be requested in writing.  You may submit your requests via e-mail.  E-Mail Address:  continue.hearing@usdoj.gov**

**May Qualify for an Expedited Offer:**    [  ] No    [ X ] Yes   (If yes, please have releasee sign below)

If the Commission approves a proposal of expedited revocation, I waive the 20-day waiting period for the submission of comments.         [  ] No    [  ] Yes

_____        _11/9/06_
                        *Attorney/Prisoner*                                               *Date*

_____

*Additional Text:*

*This appears to be a cat two bingcats it would qualify JBK.*

_____        _11/9/06_
                        *Examiner*                                                     *Date*

**Disclosure Documents:**  Warrant dated 1-13-06  Warrant Application dated 1-13-06, Supplemental Warrant Application dated  (only if applicable), Violation Report dated 10-3-05 with attachments, Parole Certificate dated 4-15-05 , Pre-Sentence Report

**I acknowledge having received the above disclosure documents and a copy of this document.**

_____        _11/9/06_
                        *Attorney/Prisoner*                                               *Date*

_____

                        Baker,  Todd
            Reg. No. 07282-007    DCDC No. 268-594