# ATTACHMENT N

**Wedlock, Teah R. (USPC)**

| | |
|---|---|
| From: | Wedlock, Teah R. (USPC) |
| Sent: | Tuesday, November 28, 2006 4:22 PM |
| To: | Renard Brown |
| Subject: | Scheduled DC Local Hearing |

**BAKER, Todd**
**Reg. No. 07282-007**

Please be advised that the U.S. Parole Commission has scheduled the Local Revocation Hearing in the above-cited case. The hearing has been scheduled for *January 11, 2007 @ 12:00 PM* at the *Correctional Treatment Facility.*

This is an official notice for you to be in attendance. I ask that you respond upon receipt of this notice to confirm the scheduled date. If you find that there is a conflict in your schedule, we ask that you supply a substitute Officer to appear in your absence.

<u>**Please reply to this email or call me at (301) 492-5912 ext. 101, to confirm the scheduled date**</u>. I look forward to hearing from you.

Should you need any additional information, please let me know. Thank you for your assistance in this matter.

*Teah Wedlock*



# ATTACHMENT O

## D.C. Local Revocation Prehearing Assessment

Name.........: BAKER, TODD
Reg Number.: 07282-007
Birth Date...: 06/23/1962
DCDC Number: 268-594

**Prehearing Parameters**
  Date................................: 12/13/2006
  Examiner.........................: Joseph M. Pacholski
  Location..........................: CTF (or DC Jail)

**Warrant Parameters**
  Supervision Type..............: Parole
  Supervision District..........: General Supervision Unit X-Team 21 1230 Taylor Street
  Warrant/Summons...........: Warrant
  Warrant Executed.............: 11/03/2006
  Probable Cause Found......: 11/07/2006
  Revocation Hearing Deadline..: 01/05/2007

**Sentence Parameters**
  Adult / Youth...................: Adult
  Jail Credit (days)..............: 0
  In-Operative Time (days)..: 0
  MR Date (2/3)..................: 09/11/2014
  Full Term Date................: 09/11/2014
  GL Credit (months).........: 0
  GL Months in Custody....: 2    as of 01/01/2007
  GL Months at Projected MR..: 94
  Detainer..........................: None

**Additional Text regarding the above parameters:**


**Previous Commission Action:**
The subject was originally sentenced to 3 years probation on 1/24/97, for Destroying Property and Attempted Unauthorized Use of a Vehicle (F 2866-96). The subject's probation was revoked on 6/30/97 and he was sentenced to 3 to 9 years for Destroying Property and 20 to 60 months for UUV (Terms consecutive to each other). The subject was paroled on 5/15/02 and his parole was revoked for the first time on 9/3/03, for technical violations and new criminal conduct involving Theft under $500. The subject was paroled on 4/2/04 and his parole was revoked for the second time on 1/28/05, for Failure to Report Change in Residence, Failure to Report Change in Employment, Failure to Report to Supervising Officer as Directed, and Failure to Submit Supervision Reports. The subject was paroled on 5/6/05.

**Violations of Conditions of Release:**

**Charge Number:** 1
Offense:.............................. **Failure to Submit to Drug Testing**
Violation Behavior:............... . The releasee failed to submit urine specimens on 7-21, 7-28, 8-2, 8-4, 8-11, 8-16, 8-26 and 9-2-05. This charge is based on the information contained in the violation report dated 11-22-05 from supervising officer Teesha King.

**Charge Number:** 2
Offense:.............................. **Use of Dangerous and Habit Forming Drugs**
Violation Behavior:............... . The releasee submitted urine specimens which tested positive for:

Cocaine on 7-26, 8-9 and 8-19-05

This charge is based on the information contained in the violation report dated 11-22-05 from supervising officer Teesha King and corresponding drug report dated 12-2-05

**Charge Number:** 3
Offense:.............................. **Failure to Report to Supervising Officer as Directed**
Violation Behavior:............... . The releasee failed to report to the supervising officer on 8-16-05 as directed. The releasee has failed to make himself available for supervision since 8-9-05. This charge is based on the information contained in the violation report dated 11-22-05 from supervising officer Teesha King.

**Charge Number:** 4
Offense:.............................. **Law Violation – Burglary II.**
Violation Behavior:............... On 8-18-05, the releasee and a co-defendant stole copper pipes from an apartment complex located at 3700 9th ST SE, Washington, DC. The releasee was arrested by the Metropolitan Police Department for the above-cited offense on 8-18-05. This charge is based on the information contained in the violation report dated 11-22-05 from supervising officer Teesha King and a police report dated 8-18-05. Status of Custody/Criminal Proceedings: The subject was released on 8-19-05, and a status hearing was scheduled for 9-7-05. He failed to appear and a bench warrant was issued.

**Charge Number:** 5
Offense:.............................. **Failure to Report Change in Residence**
Violation Behavior:............... . On 8-19-05, the supervising officer learned that the releasee left his known residence on or before 8-19-05 and failed to report a new residence to the supervising officer within 48 hours. This charge is based on the information contained in the violation report dated 11-22-05 from supervising officer Teesha King.

**Severity:** Category Two

**Severity Justification:** Your violation behavior has been rated Category Two severity because it involved Burglary II and administrative violations.

## SALIENT FACTOR SCORE (SFS-98)

SFS Item A = 0   Subject has 6 prior conviction(s)/adjudication(s).

| Date | Offense | Disposition |
|---|---|---|
| 02/15/1994 | Possession of a Weapon | 30 days confinement (1-0) |
| 01/04/1995 | Petit Larceny | 45 days confinement (2-1) |
| 12/26/1995 | UUV | 1/24/97- 20 to 60 months ESS, 1-year probation (3-1); 6/30/97- probation revoked and sentenced to 20 to 60 months consecutive to any other sentence (3-2) |
| 04/03/1996 | Destroying Property; Attempted UUV; | 1/24/97- 3 to 9 years and 180 days respectively, ESS, 3 years probation (4-1); 6/30/97- probation revoked and sentenced to 3 to 9 year and 90 days respectively, and consecutively (4-2); paroled 5/15/02; revoked 9/3/03 (4-3); paroled 4/2/04; revoked 1/28/05 (4-4); paroled 5/6/05. |
| 05/17/2003 | No Permit | 7/17/03- 10 days confinement, ESS, 1-year unsupervised probation (5-4) |
| 06/02/2003 | Theft Under $500 | 10 days confinement (6-4) |

SFS Item B = 0   Subject has 4 commitment(s) of more than 30 days that were imposed prior to the last overt act of the current offense.

SFS Item C = 2   Subject was 43 years old at the commencement of the current offense and had 4 prior commitments.

SFS Item D = 0   07/21/2005 - Date of Current Offense.
05/06/2005 - Release to the Community from last commitment

SFS Item E = 0   Subject is a parole/ supervised release violator.

SFS Item F = 1   Sum of Items A-E = 2 and the offender was 43 years old at the commencement of the current offense.

**Salient Factor Score = 3**

**Rescission Behavior(s) :**
The prisoner had no Disciplinary Behavior after the Warrant Execution.

**Re-parole Guidelines (range in months): 16 - 22**

**Rescission Guidelines (range in months): 0 - 0**

BAKER, TODD 07282-007    Page 3 of 4

Aggregate Guidelines (range in months):  16 - 22

**Text to Describe Any Other Behavior or Remaining Issues:**
None

**Evaluation:**
The subject has been in custody for 2 months as of 1/3/07. The violation behavior has been rated as a Category TWO severity because it involved Burglary II and administrative violations. The guideline range is 16-22 months.

The time in custody is calculated from the date the warrant was executed.

The subject was paroled on 5/6/05. On 7/21/05, the subject began a pattern of missing his appointments for urine screening. On 7/26, the subject started to submit positive urine samples for cocaine. On 8/16/05, the subject willfully stopped reporting to his CSO as directed thereby making himself unavailable for supervision. On 8/18/05, the subject was arrested for Burglary II. The offense involved the subject and his codefendant stealing copper pipes from an apartment complex. The subject failed to report for his court date. On 8/19/05, the subject left his last known address and failed to advise his CSO of a new residence. A release after 18 months is recommended.

# ATTACHMENT P



U.S. DEPARTMENT OF JUSTICE
**United States Parole Commission**

*5550 Friendship Boulevard*
*Chevy Chase, Maryland 20815-7201*
*Telephone: (301) 492-5821*
*Facsimile: (301) 492-5525*

Date: December 27, 2006

Ms. Colleen McCrystal
Staff Attorney
District of Columbia
Special Proceedings Division
633 Indiana Avenue, N.W.
Washington, D.C. 20004

Re:   BAKER, TODD
      Reg. No: 07282-007
      DCDC No: 268-594

Dear Ms. McCrystal,

I have enclosed an expedited revocation proposal for the above-named releasee. This expedited revocation procedure allows the releasee to waive an in-person revocation hearing, accept responsibility for the violation behavior, and be provided a decision on the record. If the releasee accepts, the Commission will promptly issue a Notice of Action and arrange for the releasee to be transferred to a designated facility for service of the violation term. If the releasee declines, the Commission will arrange an in-person hearing under regular procedures.

Please review the attached proposal with the releasee and then fax the signed <u>Response to Expedited Revocation Proposal</u> to my attention at (240) 437-0256.

**Note:** The signed <u>Response to Expedited Revocation Proposal</u> must be received by the Commission **within 14 days of the date of this letter** for the Commission to accept the releasee's application for an expedited revocation determination. If the <u>Response to Expedited Revocation Proposal</u> is not received within 14 days, the releasee will have an in-person hearing, and the proposed decision will not be binding on the Commission.

If you have any further questions, please call me at (301) 492-5821, ext. 171

Sincerely,

*Lori Gobble*

Lori Gobble,
Case Operations Assistant

Enclosure

Expedited Revocation Proposal BAKER TODD 07282-007

# Expedited Revocation Proposal



| Name: BAKER, TODD | Reg. No: 07282-007 | DCDC No: 268-594 |
|---|---|---|

I.  The Parole Commission has found that you have violated the conditions of your release.

II.  The Commission has found probable cause on the following charges:

Charge No. 1 - Failure to Submit to Drug Testing

Charge No. 2 - Use of Dangerous and Habit Forming Drugs

Charge No. 3 - Failure to Report to Supervising Officer as Directed

Charge No. 4 - Law Violation – Burglary II.

Charge No. 5 - Failure to Report Change in Residence

III.  **SALIENT FACTOR SCORE (SFS-98)**

    Items      Rules, Scores and Explanations

**SFS Item A**  Rule: Prior convictions/adjudications (adult or juvenile)
None = 3; One = 2; Two or three = 1; Four or more = 0

Score:  SFS Item A = 0

Explanation: Subject has 6 prior convictions/adjudication

| Date | Offense | Disposition |
|---|---|---|
| 02/15/1994 | Possession of a Weapon | 30 days confinement (1-0) |
| 01/04/1995 | Petit Larceny | 45 days confinement (2-1) |
| 12/26/1995 | UUV | 1/24/97- 20 to 60 months ESS, 1-year probation (3-1); 6/30/97- probation revoked and sentenced to 20 to 60 months consecutive to any other sentence (3-2) |
| 04/03/1996 | Destroying Property; Attempted UUV; | 1/24/97- 3 to 9 years and 180 days respectively, ESS, 3 years probation (4-1); 6/30/97- probation revoked and sentenced to 3 to 9 year and 90 days respectively, and consecutively (4-2); paroled 5/15/02; revoked 9/3/03 (4-3); paroled 4/2/04; revoked 1/28/05 (4-4); paroled 5/6/05. |

Expedited Revocation Proposal BAKER TODD 07282-007

| | | |
|---|---|---|
| 05/17/2003 | No Permit | 7/17/03- 10 days confinement, ESS, 1-year unsupervised probation (5-4) |
| 06/02/2003 | Theft Under $500 | 10 days confinement (6-4) |

**SFS Item B**  **Rule:** Prior commitments of more than thirty days (adult or juvenile)
None = 2; One or two = 1; Three or more = 0

**Score:** SFS Item B = 0

**Explanation:** Subject has 4 commitments of more than 30 days that were imposed prior to the last overt act of the current offense.

**SFS Item C**  **Rule:** Age at current offense/prior commitments

| | | |
|---|---|---|
| 26 years or more | +3 or less prior commitments | = 3 |
| | +4 prior commitments | = 2 |
| | +5 or more commitments | = 1 |
| 22-25 years | +3 or less prior commitments | = 2 |
| | +4 prior commitments | = 1 |
| | +5 or more commitments | = 0 |
| 20-21 years | +3 or less prior commitments | = 1 |
| | +4 prior commitments | = 0 |
| 19 years or less | +any number prior commitments | = 0 |

**Score:** SFS Item C = 2

**Explanation:** Subject was 43 years old at the commencement of the current offense and had 4 prior commitments.

**SFS Item D**  **Rule:** Recent Commitment Free Period *(Three Years)*
No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1;  Otherwise = 0

**Score:** SFS Item D = 0

**Explanation:** 07/21/2005 - Date of Current Offense.
05/06/2005 - Release to the Community from last commitment

**SFS Item E**  **Rule:** Probation/Parole/Supervised Release/Confinement/Escape Status Violator
Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0

Score: SFS Item E = 0

Explanation: Subject is a parole/ supervised release violator.

**SFS Item F**   Rule:   Older Offenders
If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0

Score: SFS Item F = 1

Explanation: Sum of Items A-E = 2 and the offender was 43 years old at the commencement of the current offense.

**TOTAL SALIENT FACTOR SCORE = 3**

**IV.   Guidelines**
Your violation behavior has been rated Category Two severity because it involved Burglary II and administrative violations. Your salient factor score is 3. You have been in DC confinement as a result of your behavior for a total of 2 month(s) as of 01/02/2007. Your Reparole Guidelines, established by Commission, indicate a range of 16 - 22 months to be served.

**V.   Expedited Revocation Proposal**
Your violation behavior makes you eligible to apply for the following expedited procedure. You may, waive your right to revocation hearing, accept responsibility for your conduct, and consent to revocation on the record. If you do so, the Commission will take the action indicated on the attached Response To Expedited Revocation Proposal.

For the Commission to approve your application for this revocation procedure, the U.S. Parole Commission must receive the completed form within 14 days of the date noted on the cover letter. If the completed form is not received within 14 days, a revocation hearing will be held and the proposed action will not be binding on the Commission.

You are under no obligation to apply for the expedited revocation procedure. If you do not wish to waive your right to a revocation hearing and accept the proposed action, please indicate, on the Response To Expedited Revocation Proposal., that you decline the proposal. You will be given a revocation hearing under normal procedures. After your revocation hearing, the Commission, on the basis of the information available, may take any action authorized by its regulations. Thus, the action taken by the Commission may be the same, more favorable, or less favorable than the proposed action. The Commission will not take into account the fact that you chose to have a revocation hearing rather than accept the proposed decision.

Expedited Revocation Proposal BAKER TODD 07282-007

# ATTACHMENT Q

## MEMO REGARDING HEARING

Name: Baker, Todd                                   Reg No: 07282-007

To .........................................................: Case Operations Administrator
Hearing Date ........................................: January 11, 2007
Examiner ..............................................: Gregory E. Price
Institution ............................................: D.C. Correctional Treatment Facility

---

At today's hearing, the subject's attorney stated that the subject is willing to sign the Expedited Proposal. The Expedited Proposal as written calls for revoke parole, none of the time spent on parole shall be credited, continue to a presumptive parole date on May 4, 2008 after, the service of 18 months. The subject and his attorney had no problem with the 18 month setoff. However, the attorney provided documentation at today's hearing that indicates the subject was arrested on 5/3/2006 and was released in October before he was finally picked up for the executed warrant on 11/7/2006. Their belief is that the subject, because the Burglary II is part of the violation behavior, should be given guideline credit for the 5 months in which he was arrested.

This examiner contacted the Central Office and spoke with Jeff Kostbar. Examiner Kostbar noted that the subject is eligible to receive guideline credit for anytime incarcerated on behavior that has led to revocation. He also encouraged me to modify the proposed decision to reflect the addition of the 5 months of incarceration. As a consequence, I have followed through as he suggested and now the proposed decision reads "Revoke Parole; None of the Time Spent on Parole Shall be Credited. Continue to a presumptive parole on 11/2/2007 after the service of 18 months". Additionally, the subject was given a Special Drug and Alcohol Aftercare Condition. This examiner has documented that he is the person who has modified the proposed decision.

Gregory E. Price PH.D.
Hearing Examiner


GEP/PAH
January 23, 2007



Baker, Todd, Reg. No. 07282-007                       Page 1 of 1

# ATTACHMENT R

# Response To Expedited Revocation Proposal

| Name: BAKER, TODD | Reg No: 07282-007 | DCDC No: 268-594 |

## PROPOSED DECISION

Revoke Parole; None of the time spent on Parole shall be credited. Continue to Presumptive Parole on ~~05/01/2008~~ after the service of 18 months. 1/11/2007
1/02/07

In addition, you shall be subject to the Special Drug and Alcohol Aftercare Conditions which requires that you participate as instructed by your Supervising Officer in a program (inpatient or outpatient) for the treatment of narcotic addiction or drug and alcohol dependency. That program may include testing and examination to determine if you have reverted to the use of drugs or alcohol. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

After review of all relevant factors and information presented, a decision outside the guidelines, at this consideration, is not warranted.

---

[✓] I accept the above-proposed decision of the U.S. Parole Commission. By accepting this decision, I understand that I am accepting responsibility for my conduct, waiving my right to a revocation hearing, and waiving my right to appeal the decision.

[ ] I decline the U.S. Parole Commission revocation proposal. I wish to have an in-person revocation hearing.

[ ] I wish to request a 14-day extension to consider this proposal.

_____     _____
Signature                      Date   1/11/07

_____     _____
Witness                        Date   1/11/07

Expedited Revocation Proposal BAKER TODD 07282-007

# ATTACHMENT S

U.S. Department of Justice  
United States Parole Commission  
5550 Friendship Boulevard  
Chevy Chase, Maryland 20815-7201

Notice of Action

---

Name: Baker, Todd  
Register Number: 07282-007  
DCDC No: 268-594

Institution: D.C. Correctional Treatment Facility

Date: January 26, 2007

---

## DC EXPEDITED REVOCATION

The Commission has ordered the following action pursuant to your acceptance of the Expedited Revocation Proposal you signed on 1/11/2007:

Revoke Parole; None of the time spent on Parole shall be credited. Continue to Presumptive Parole on 11/02/2007 after the service of 18 months. This presumptive parole date is conditioned upon your maintaining good institutional conduct and the development of a suitable release plan. The Commission will conduct a pre-release record review up to 9 months prior to the presumptive parole date to ascertain that these conditions have been fulfilled. In order to complete this review, the Case Manager should submit an updated Progress Report to the Commission 10 months prior to the presumptive parole date. If there have been Disciplinary Reports since the Commission's last review, they should be attached to the Progress Report for the Commission's consideration. If the Commission has requested that a current psychological or psychiatric report be prepared for this review, it also should be attached.

In addition, you shall be subject to the Special Drug and Alcohol Aftercare Conditions which requires that you participate as instructed by your Supervising Officer in a program (inpatient or outpatient) for the treatment of narcotic addiction or drug and alcohol dependency. That program may include testing and examination to determine if you have reverted to the use of drugs or alcohol. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

You have a credit of 6 month(s) toward your guidelines for time served before the warrant was executed. With the month(s), to serve from your arrest to your 11/02/2007 parole date, you will serve 18 month(s) toward your guidelines of 16 - 22 month(s).

## FINDINGS OF FACT:

The Commission has found that you violated the following condition(s) of release:

Charge No. 1 - Failure to Submit to Drug Testing

Charge No. 2 - Use of Dangerous and Habit Forming Drugs

Charge No. 3 - Failure to Report to Supervising Officer as Directed

Charge No. 4 - Law Violation – Burglary II.

Charge No. 5 - Failure to Report Change in Residence

---

Baker 07282-007                        -1-                        Clerk: OMG  
Queued: 01-26-2007 15:11:42 BOP-D.C. Correctional Treatment Facility | BOP-D.C. Federal Billing Unit | USPO-General Supervision Unit X-Team 21, 1230 Taylor Street | USM-District of Columbia - District Court, D.C. District Court | FPD-District of Columbia, District of Columbia - DC |

Basis for above-stated finding(s): Your acceptance of responsibility for the violation(s) and your agreement to accept revocation.

**REASONS:**

Your violation behavior has been rated Category Two severity because it involved Burglary II and administrative violations. Your salient factor score is 3 (see attached sheet). You have been in DC confinement as a result of your behavior for a total of 2 month(s) as of 01/02/2007. Guidelines established by Commission, indicate a range of 16 - 22 months to be served. After review of all relevant factors and information presented, a decision outside the guidelines, at this consideration, is not warranted.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

Cc:    CSS Data Management Group
       D.C. Court Services & Offender Supervision Agency
       300 Indiana Avenue, N.W., Suite 2149
       Washington, D.C. 20001

       D.C. Federal Billing Unit
       D.C. Department of Corrections
       Washington, D.C. 20003

       Renanrd Brown
       General Supervision Unit X-Team 21
       CSOSA
       1230 Taylor Street, N.W.
       Washington, D.C. 20011

       Ms. McCrystal
       Public Defender Service
       District of Columbia
       Special Proceedings Division
       633 Indiana Avenue, N.W.
       Washington, D.C. 20004

       U.S. Marshals Service
       District of Columbia - District Court
       333 Constitution Ave, N.W., Room 1400
       Washington, D.C. 20001
       Warrants - Attn: David Baldwin

-2-    Clerk: OMG

Baker 07282-007
Queued: 01-26-2007 15:11:42 BOP-D.C. Correctional Treatment Facility | BOP-D.C. Federal Billing Unit | USPO-General Supervision Unit X-Team 21, 1230 Taylor Street | USM-District of Columbia - District Court, D.C. District Court | FPD-District of Columbia, District of Columbia - DC |

## SALIENT FACTOR SCORE (SFS-98)

| Your Pts | Salient Factor Score (SFS-98) Item Explanations |
|---|---|
| 0 | A - Prior convictions/adjudications (adult or juvenile) None = 3; One = 2; Two or three = 1; Four or more = 0 |
| 0 | B - Prior commitments of more than thirty days (adult or juvenile) None = 2; One or two = 1; Three or more = 0 |
| 2 | C - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile) (see table below for an explanation) |
| 0 | D - Recent commitment free period (three years) No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0 |
| 0 | E - Probation/parole/confinement/escape status violator this time Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0 |
| 1 | F - Older offenders If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0 |
| 3 | Salient Factor Score (SFS-98) (sum of points for A-F above) |

### Points For SFS Item C

| Age | Prior Commitments | | |
|---|---|---|---|
| | 0-3 | 4 | 5+ |
| 26 & Up | 3 | 2 | 1 |
| 22-25 | 2 | 1 | 0 |
| 20-21 | 1 | 0 | 0 |
| 0-19 | 0 | 0 | 0 |

Clerk: OMG

-3-

Baker 07282-007
Queued: 01-26-2007 15:11:42 BOP-D.C. Correctional Treatment Facility | BOP-D.C. Federal Billing Unit | USPO-General Supervision Unit X-Team 21, 1230 Taylor Street | USM-District of Columbia - District Court, D.C. District Court | FPD-District of Columbia, District of Columbia - DC |