Attn: Clerk

Dear Clerk,

06-2135 CKK

Enclosed is a notice of change in address. Please forward all correspondence to the new address. As a prisoner transferring from state custody to federal custody, I was not allowed to keep my legal work. It is now lost.

My last correspondence with you was a court ordered show cause to the defendants. If the defendants answered the show cause order please send me a copy of the order so that I may answer it.

In closing, please send me the latest docket for this case.

Thank you,

Todd Baker
3/11/07

U.S. DISTRICT COURT DISTRICT OF COLUMBIA

Todd Baker,
    plaintiff,

v.

John Caulfield, et al.,
    defendants,

Civil Case No. _____

## Motion/Notification Of Change In Address

Comes now Todd Baker, above plaintiff, pro se, to this Honorable Court, motioning/notifying the Court of his change in address. The new address is a stated:

    Todd E. Baker, 07282-007
    FCI Cumberland, A2-119
    P.O. Box 1000
    Cumberland, MD 21501-1000

Please forward all correspondence to the above address until further notice.

Todd Baker      3/11/07

## Certificate Of Service

The Attached Motion For Change Of Address has been sent to the below locations, postage paid, U.S. Mail, on this 11 day of March 2007,

1) The U.S. Attorney's Office, 555 4th Street, N.W., Washington, DC 20001

*Todd Baker*