UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Todd Baker

v.                              Civil No.

John Caulfield

RECEIVED
APR - 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Motion To Add U.S. Marshall As Respondent

Comes now Todd Baker, above petitioner, pro se, to this Honorable Court, Requesting that the Court Grant petitioner's motion to Add U.S. Marshalls As Respondent for the below reasons;

The U.S. Marshalls participated in the matters within the instant case. The Marshalls initially recieved the invalid unsigned warrant and acted in accordance to its request. By doing so, the Marshalls placed a detainer against petitioner that was unlawful and prejudicial to petitioner. Nov. 3, 2006, the Marshalls executed the same invalid warrant or the invalid signed warrant unlawfully. Between Oct. 5, 2006 and Nov. 3, 2006, the Marshalls for some reason (defect in process by the District) fail to execute the warrant even though it was invalid and unlawful to do so.

Thus, the Marshall should be made to answer what had happened to further define who is at fault.

Respectfully Submitted,

Todd Baker
4/1/07

## Certificate of Service

A copy of petitioner's Motion To Add U.S. Marshall As Respondent was sent this **1st** day of April 2006, U.S. Mail, postage paid, to the below locations:

1) Tricia D. Francis, Asst. U.S. Attorney, Special Proceedings Division, 555 4th Street, N.W., Rm 10-447, Washington DC 20530

2) Dana K. Delorenzo, Asst. Atty. General, Sixth Floor South, 441 4th Street, N.W., Washington, DC 20001

*Todd Baker*