# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Todd E. Baker,** | ) |
| | ) |
| v. | ) Civil Action No. 06-2135 (CKK) |
| | ) |
| **John Caufield, Warden of CDF,** | ) |
| **District of Columbia,** | ) |
| **U.S. Parole Commission, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF SUBSTITUTION OF APPEARANCE

The Court will please note: Please substitute the appearance of Assistant Attorney General Dana K. DeLorenzo on behalf of Warden Caufield and the District of Columbia with Section Chief Phillip A. Lattimore, III, who now enters his appearance in this case on behalf of Warden Caufield and the District of Columbia.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

   /s/
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 442-9874
(202) 727-3625 (fax)
E-Mail: Phillip.lattimore@dc.gov

/s/
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468306
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 727-7164
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30, 2007, a copy of the foregoing Notice was mailed postage prepaid to:

Todd Emerson Baker, *pro se*
FCI Cumberland
Unit A2
P.O. Box 1000
Cumberland, MD 21501-1000

/s/ Dana K. DeLorenzo /s/
Dana K. DeLorenzo
Assistant Attorney General