UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TODD EMERSON BAKER,            )<br>                                                          )<br>           Petitioner,            )<br>                                                          )<br>v.                                                      )<br>                                                          )<br>JOHN CAULFIELD, *et al.*,       )<br>                                                          )<br>           Respondents.        ) | Civil Action No.  06-2135 (CKK) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the petition for writ of habeas corpus [Dkt. #1] is DENIED.  It is

FURTHER ORDERED that the order to show cause [Dkt. #3] is DISCHARGED.  It is further

ORDERED that the "Government's Motion for Leave to Late-File its Opposition to Defendant's Pro Se Petition for a Writ of Habeas Corpus" [Dkt. #12] is GRANTED *nunc pro tunc*.  It is further

ORDERED that petitioner's "Motion to Add U.S. Marshall [sic] as Respondent" [Dkt. #17] is DENIED.  It is further

ORDERED that the Clerk of Court shall mail a hard copy of this Order to petitioner at his address of record.

SO ORDERED.

                                                                         _____*/s/*_____
                                                                         COLLEEN KOLLAR KOTELLY
                                                                         United States District Judge

Date:  June 27, 2007