UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Todd Baker,
petitioner,

v.

John Caulfield, et al,
Respondents,

Civil No. 06-2135 (CKK)

RECEIVED
JUL - 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Motion For Judgement On The Pleadings

Petitioner hereby moves the Honorable Judge C.K. Kotelly to GRANT the above motion pursuant to the Fed. Rules of Civ. Proc. Rule 12(c). In support thereof, petitioner states:

1) On behalf of all parties, all pleadings are closed out.

2) No party has moved toward discovery or any other action available to further argue their position outside the pleadings already in the courts hand.

3) The respondents vaguely challenged some but not all of the petitioners claims; in turn, the respondents conceded to all unchallenged claims.

Wherefore, for the reasons set forth herein and throughout the proceeding, petitioner Request the below Relief.

1) Declare that the District Respondents violated petitioners Fourth Amendment right against illegal seizure by over-detaining petitioner.

2) Declare that the District Respondents falsely incarcerated/over-detained petitioner.

3) Declare that the District Respondents violated petitioner's 5th and 14th Amendment Rights under the Due Process Clause by detaining petitioner without a valid commitment order.

4) Declare that between Oct. 5, 2006 and Nov. 3, 2006, no transfer of petitioner's custody occurred resulting in the District respondents relinquishing custody of petitioner.

5) Declare that the Commissions failure to issue the warrants pursuant to 28 CFR 2.98(d) rendered the warrants invalid/not issued.

6) Declare that due to the U.S. Marshals acting on an invalid warrant when lodging detainer rendered the detainer invalid.

7) Declare that the invalid detainer prejudiced petitioner's liberty interest by preventing his release on bond violating his Due Process.

8) Declare that the execution of the Jan. 13, 2006 warrant that was later signed on Jan. 17, 2006 is invalid.

9) Declare that all subsequent actions based upon the invalid warrants are rendered void of authority.

10) Declare that due to the reckless and negligent manner in which the Commission performed its duties, petitioner's charges be dismissed, petitioner's street time and time in incarceration be credited against his sentence

11) Provide any and all relief requested in the proceedings on behalf of the petitioner as well as any relief found by the court

# Certificate Of Service

- A copy has been sent to the below addresses U.S. Mail, postage paid, on this 28th day of June 2007.

1) Phillip A. Lattimore, III, Section Chief, General Litigation Section III, Sixth Floor South, 441 4th Street, N.W., Washington DC 20001

2) Tericia D. Francis, U.S. Atty. Gen. Office, 555 Fourth Street, NW Washington, DC 20001

*Todd Bake*