UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA CIRCUIT

Todd Baker,
          petitioner,

          v.

John Caulfield,
          Respondent,

Civ. No. 06-2135(CKK)

## Notice Of Appeal

Now comes the petitioner, Todd Baker, pro se, respectfully giving his Notice of Appeal to the U.S. District Court of Appeals for the District of Columbia Circuit from the judgment entered in the above-captioned case.

Respectfully Submitted,

Todd Baker

RECEIVED

JUL - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# Certificate Of Service

A copy of the attached notice of appeal has been sent U.S. Mail, postage paid, this 5th day of July 2007 to:

1) Phillip Lattimore, Atty Gen. D.C., 6th Floor South, 441 4th Street, N.W., Washington DC 20001

2) Tricia D. Francis, Asst. Atty Gen. U.S., 555 4th Street, N.W., Wash. DC 20001

Todd Bake