# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5245**                    **September Term, 2007**

06cv02135
Filed On: February 28, 2008

[1101725]
Todd Emerson Baker,
        Appellant

v.

John Caulfield, Warden, CDF, et al.,
        Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED:
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**BEFORE:**     Ginsburg, Randolph, and Garland, Circuit Judges

## ORDER

Upon consideration of the motion to dismiss or for summary affirmance, the opposition, and the supplement to the opposition; the motion to dismiss and the opposition thereto; the motions for appointment of counsel; and the court's order to show cause filed December 17, 2007, and the response thereto, it is

**ORDERED** that the motion for appointment of counsel be denied. The interests of justice do not warrant appointment of counsel in this case. See 18 U.S.C. § 3006A(a)(2)(B). It is

**FURTHER ORDERED**, on the court's own motion, that this appeal be dismissed as moot. To the extent appellant is seeking habeas or declaratory relief, appellant has not demonstrated any continuing injury, and there is no live case or controversy. See Spencer v. Kemna, 523 U.S. 1, 7 (1998); Qassim v. Bush, 466 F.3d 1073, 1076-77 (D.C. Cir. 2006); Anyanwutaku v. Moore, 151 F.3d 1053, 1057 (D.C. Cir. 1998).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk

**FOR THE COURT:**
Mark J. Langer, Clerk

By:

Deputy Clerk/LD